# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| *In re:* Application Pursuant to 28 U.S.C.§ 1782 of<br><br>FARHAD AZIMA<br>5921 Ward Parkway<br>Kansas City, Missouri 64113<br><br>Petitioner,<br><br>v.<br><br>INSIGHT ANALYSIS AND RESEARCH LLC<br>13727 SW 152 Street #715<br>Miami, Florida 33177<br><br>Respondent,<br><br>SDC-GADOT LLC<br>3200 Collins Ave.<br>Suite L2<br>Miami Beach, Florida 33140<br><br>Respondent. | No. 22 mc- |

## APPLICATION FOR ORDER TO TAKE DISCOVERY PURSUANT TO
## 28 U.S.C. § 1782

Farhad Azima respectfully moves for an order pursuant to 28 U.S.C. § 1782 to allow him to issue subpoenas pursuant to Federal Rule of Civil Procedure 45 directing Insight Analysis and Research LLC ("Insight") and SDC-Gadot LLC ("Gadot") (collectively "Respondents") to produce documents and submit to depositions for use in connection with a case pending in the High Court of Justice of England and Wales (the "UK Court") styled *Farhad Azima -v- (1) RAKIA (2) David Neil Gerrard (3) Dechert LLP and (4) James Edward Deniston Buchanan* (Claim Number: HC-2016-002798) (the "UK Proceedings").

As explained in the accompanying memorandum of law and declaration of Dominic Holden, Mr. Azima's application satisfies all four statutory requirements necessary to obtain discovery under Section 1782: "(1) the request must be made 'by a foreign or international tribunal,' or by 'any interested person'; (2) the request must seek evidence, whether it be the 'testimony or statement' of a person or the production of 'a document or other thing'; (3) the evidence must be 'for use in a proceeding in a foreign or international tribunal'; and (4) the person from whom discovery is sought must reside or be found in the district of the district court ruling on the application for assistance." *Victoria, LLC v. Likhtenfeld*, 791 F. App'x 810, 816 (11th Cir. 2019) (cited by *In re England/Bahamas*, No. 20-MC-61696, 2021 WL 3270074, at *2 (S.D. Fla. July 30, 2021)). Specifically, Mr. Azima is an "interested person" as the plaintiff in the UK proceeding; Mr. Azima seeks both deposition testimony and production of documents; Mr. Azima seeks this discovery for use in a proceeding pending before a foreign tribunal, the UK Court; and Respondents are registered Florida corporations that can be found in the Southern District of Florida.

In addition, the four discretionary factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004), all weigh in favor of granting this Application. Respondents are not parties to the proceedings before the UK Court; the UK Court is not opposed to this form of discovery; Mr. Azima is not concealing an attempt to circumvent the requirements of the UK Court; and the discovery sought is narrowly tailored so as not to be unduly burdensome to Respondents.

Thus, Mr. Azima respectfully requests this Court to enter an order:

1. Granting Mr. Azima's Application for discovery from Respondents pursuant to 28 U.S.C. § 1782;

2. Authorizing Mr. Azima to take discovery from Respondents relating to the issues identified in his Application, including issuing subpoenas for depositions and the production of documents as described in this application and in the form submitted herewith;

3. Directing Respondents to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court; and

4. Appointing the undersigned to issue, sign and serve such subpoenas upon Respondents.

Respectfully submitted,

Dated: March 8, 2022

/s/ *Michael S. Pasano*
Michael S. Pasano (FBN 475947)
Email: MPasano@carltonfields.com
Vanessa Singh Johannes (FBN 1028744)
E-mail: VJohannes@carltonfields.com
CARLTON FIELDS P.A.
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, I caused a true and correct copy of (1) Farhad Azima's Application for Order to Take Discovery Pursuant to 28 U.S.C. § 1782 and the proposed order granting the Application sent via Federal Express overnight delivery to the following addresses:

INSIGHT ANALYSIS AND RESEARCH LLC
13727 SW 152 Street #715
Miami, Florida 33177

SDC-GADOT LLC
3200 Collins Ave.
Suite L2
Miami Beach, Florida 33140

      /s/ Michael S. Pasano
      Michael S. Pasano