# Exhibit B

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L17000216316

**Entity Name:** INSIGHT ANALYSIS AND RESEARCH LLC

**FILED**
**Jan 20, 2020**
**Secretary of State**
**2698172841CC**

**Current Principal Place of Business:**

13727 SW 152 STREET
UNIT 715
MIAMI, FL 33177

**Current Mailing Address:**

13727 SW 152 STREET
UNIT 715
MIAMI, FL 33177 US

**FEI Number:** 82-3194031

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SRSL MANAGEMENT, INC
4101 PINE TREE DRIVE
UNIT 1530
MIAMI BEACH, FL 33140 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                  Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | GURLAVIE, ALON OMRI |
| Address | 5 HABARZEL STREET |
| City-State-Zip: | TEL AVIV IL 69710-02 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ALON OMRI GUR LAVIE                                        01/20/2020

Electronic Signature of Signing Authorized Person(s) Detail              Date

# 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L17000216265

**Entity Name:** SDC-GADOT LLC

**FILED**
**Feb 03, 2021**
**Secretary of State**
**9570101957CC**

**Current Principal Place of Business:**

W 210 89TH STREET
APT.1K
NYC, NY 10024

**Current Mailing Address:**

W 210 89TH STREET
APT K1
NYC, NY 10024 US

**FEI Number:** 82-3210076

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SRSL MANAGEMENT, INC
4101 PINE TREE DRIVE
UNIT 1530
MIAMI BEACH, FL 33140 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | FORLIT, AMIT |
| Address | 5-A HABARZEL STREET |
| City-State-Zip: | TEL AVIV IL 69710-02 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FORLIT, AMIT                    FORLIT AMIT                    02/03/2021

Electronic Signature of Signing Authorized Person(s) Detail                                        Date