# Exhibit F

Appellant
M. Halabi
First Affidavit
Exhibit "MH1"
2 February 2022

<u>IN THE SUPREME COURT OF THE UNITED KINGDOM</u>
<u>ON APPEAL FROM THE COURT OF APPEAL</u>
<u>(ENGLAND)</u>

<u>BETWEEN</u>

<u>RAS AL KHAIMAH INVESTMENT AUTHORITY</u>

<u>Respondent</u>

<u>and</u>

<u>FARHAD AZIMA</u>

<u>Appellant</u>

--------------------------------------------------------

**AFFIDAVIT OF**
**MAJDI EL HALABI**

--------------------------------------------------------

I, **MAJDI EL HALABI**, of 68 Har Kitron St., Zur Hadassa, Israel, 9987500, state as follows:

1.  I am an Israeli journalist and lawyer (non-practising). I make this affidavit on behalf of the Appellant, Farhad Azima.

2.  In this affidavit I refer to documents which together comprise exhibit "**MH1**". Reference to page numbers in bold square brackets in this affidavit are references to that exhibit.

3.  I have prepared this Affidavit without having had the opportunity to review the full range of my documents in detail. I have prepared the statement on an urgent basis as I understand that Mr Azima has a pending application for permission to appeal to the Supreme Court, which may be decided at any time, and that the evidence I give in this Affidavit may be relevant to that application.

2708596.2

4.   I believe that the facts stated in this Affidavit are true. I understand that proceedings for contempt of court may be brought against anyone who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

**My evidence in the RAKIA -v- Mr Azima proceedings**

5.   I provided a prior witness statement dated 24 June 2019 in support of the Ras Al Khaimah Investment Authority ("**RAKIA**"), the Claimant in RAKIA -v- Azima (Claim no. HC-2016-002798) ("**RAKIA Proceedings**") (**MH1/1-4**).

6.   My witness statement was inaccurate in several key respects regarding the data belonging to Mr Azima. As discussed more fully below, contrary to my witness statement and testimony, I did not find links to Mr Azima's data on the internet in August 2016, I was never asked by Stuart Page ("**Stuart**") to search for information about Mr Azima, and I did not conduct any such searches.  The cover story that I gave in my witness statement was concocted during a number of meetings which took place between 2017 and 2019 between (variously), Neil Gerrard ("**Neil**"), David Hughes ("**David**"), Amit Forlit ("**Amit**"), Stuart and Jamie Buchanan ("**Jamie**").

7.   On 29 January 2020, I testified as one of RAKIA's witnesses during the Trial in RAKIA's Proceedings. The transcript of my testimony is at **MH1/5-17**. As with my witness statement, my oral testimony regarding Mr Azima's hacked documents was untrue and inaccurate.

**Preparation of my False Witness Statement and Testimony**

8.   As I explain in more detail below, I believe that other witnesses for RAKIA — specifically, Neil, Jamie and Stuart — knew that my testimony was false given that we all worked together to plan in detail and rehearse my false testimony over a series of meetings prior to the actual Trial.

9.   Those meetings occurred during 2018 and 2019 at different locations including in Dechert LLP's offices in London, a hotel conference room in Cyprus, and the Hotel Moosegg in Switzerland, among other places.

**The Development of my False Cover Story**

10.   I have worked with Amit on a number of his projects since 2014/2015, after he left

2708596.2

government service and became a private investigator. Amit introduced me to Stuart in around 2017 at a social event in Tel Aviv. As I explain further below, I met with Stuart again in 2018 and 2019.

11.   In 2017, Amit asked me and I agreed to provide a cover story in which I would say that I had discovered links to Mr Azima's data to avoid the need for him to be revealed as the individual who had provided the links to Mr Page.

**Meetings in Cyprus**

12.   On around 25 October 2018, Amit arranged for me to meet with David, Jamie, Neil, Stuart and him in Cyprus to work further on the cover story.

13.   After arriving at Larnaca airport, Cyprus, Amit and I travelled to the Hilton, where we met in a conference room. Amit and I started to discuss the cover story with Neil, Jamie, David and Stuart. This was the first time I had met Neil and Jamie. Amit introduced Jamie to me as working for the Ruler of Ras Al Khaimah and Neil as being a big lawyer at the law firm Dechert. The meeting started with Amit introducing me to Neil and David. Jamie and Stuart, together, joined part-way through.

14.   The meeting only lasted about half an hour, when I was abruptly asked to leave the room as there appeared to be a disagreement. Amit apparently continued the meeting with the others and after another hour or so he joined me for lunch and told me we were going to return to Israel together that afternoon.

15.   On around 21 November 2018, Amit arranged for a second meeting in Cyprus to take place to discuss the cover story. Amit and I met with David, Neil and Stuart to discuss. Neil ran the meeting and proceeded to go into more detail in relation to the cover story whilst David took detailed notes.

16.   I was assured by Amit that it was very unlikely that the cover story would ever need to be used in Court.

17.   I enclose at **MH1/18-19**, a copy of the relevant pages from my passport showing my entry to and exit from Cyprus for both meetings.

**Meetings in London**

18.   On around 1 May 2019 , at Amit's request, I travelled to London (from Paris via Eurostar Paris) for a further meeting to discuss the cover story about the data. I travelled from Paris to London for the meeting.

19. I met with Amit, Stuart, and Neil at Amit's rental apartment which was part of the Metropolitan Hotel on Park Lane. I recall that a man named Sean was also at the meeting and another woman who I believe was either Amit's or Sean's girlfriend. Neil, Amit and I discussed further how I was to tell the cover story. Neil invited me to a further meeting at the Holmes Hotel the following day for lunch.

20. On 2 May, I met with Neil, Jamie and Amit for lunch at the Holmes Hotel to get to know each other better and discuss the cover story further for around an hour.

21. On 3 May 2019, I met with Neil, Amit, David at Dechert's London offices and we sat and talked through the cover story some more.  This meeting lasted approximately one hour.

22. After it was finished, I had coffee with Neil, Amit and David in a separate area within the office. Neil and Amit then went to talk separately, and I was left with David. I was then collected by Lucy Ward ("**Lucy**") who took me to another room in Dechert's offices and introduced me to a partner from Dechert, Dorothy Cory-Wright (**"Dorothy"**) who attended the meeting via video link. A third more junior person was there taking a note. I was then left alone with Lucy and Dorothy and the notetaker, and they asked me to tell them the cover story I had just rehearsed on how I had discovered the links to the data.

23. After this meeting I flew to Istanbul. A copy of my passport showing my entry to France and my exit to Istanbul is at **MH1/20**.

**Meeting in Switzerland**

24. As the Trial approached, I was asked by Amit to attend a meeting in Switzerland with him, for Neil to test and rehearse Stuart's and my testimony for Trial during 1 to 3 December 2019.

25. Amit and I, together with several bodyguards, flew to Zurich, Switzerland and we drove to the Hotel Moosegg near Bern for the meeting.

26. I attach at **MH1/21-40**, photographs I took of the hotel gardens and the hotel wifi password during my stay. I also attach copies of the stamps in my passport showing when I entered and left Switzerland (**MH1/41**).

27. Over the course of two days, Neil cross-examined me and Stuart repeatedly to fine-tune and test our testimony that we would give at trial. He spent considerable time

explaining to me details of the cover story which were still unclear to me.

28. At several points throughout my stay, I would be asked to step out of the room so that Neil and Amit could discuss matters privately. I got the impression that Neil and Amit were quite close.

29. I was originally booked to stay at the hotel for three nights. However, by the third day of my stay, Amit said that I could leave early.

30. Amit arranged my flight back to Israel and for one of the bodyguards to drive me to the airport.

31. Following the meeting in Switzerland, I again travelled to London to Stewarts Law for a witness familiarisation process at their offices.

32. I apologise for the false testimony I provided in my witness statement and trial testimony. I wish to submit this corrective Affidavit to address the falsehoods in my prior testimony. I understand that this Affidavit includes admissions that I have previously misled the English Court in my written and oral evidence, and I am aware that this could lead to proceedings against me for contempt of court and / or perjury and have had the opportunity to seek independent legal advice in relation to the consequences of making this Affidavit.

**SWORN** by Majdi Halabi

Signed:

Date:        2 February 2022

Before me:

Name:        DAVID CONNICK

Occupation:    SOLICITOR
              PHILIP ROSS SOLICITORS

Address:      34 Queen Anne Street
              London W1G 8HE

2708596.2

On behalf of: Appellant
Witness: Majdi Halabi
Affidavit: First
Exhibit: MH1
Date: 1 February 2022

**IN THE SUPREME COURT OF THE UNITED KINGDOM**
**ON APPEAL FROM THE COURT OF APPEAL**
**(ENGLAND)**

**UKSC 2021/0084**
**ON APPEAL FROM**
**CA No. A3/2020/1271**
**[2021] EWCA Civ 349**

**BETWEEN**

**RAS AL KHAIMAH INVESTMENT AUTHORITY**

**Respondent**

**and**

**FARHAD AZIMA**

**Appellant**

--------------------------------------------------------

**EXHIBIT MH1**

--------------------------------------------------------

This is the exhibit "MH1" to the First Affidavit of Majdi Halabi

.............................................

**Majdi Halabi**

Before me:

.............................................

Name: DAVID GONNIGR

Occupation: SOLICITOR    PHILIP ROSS SOLICITORS

Address: 34 Duke Ann Street London W1G 8HG

Claimant
Majdi El Halabi
First
24 June 2019

**IN THE HIGH COURT OF JUSTICE**          **Claim No. HC-2016-002798**

**BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES**

**BUSINESS LIST (ChD)**

**BETWEEN:**

**RAS AL KHAIMAH INVESTMENT AUTHORITY**

Claimant

**-and-**

**FARHAD AZIMA**

Defendant

---

**WITNESS STATEMENT OF MAJDI EL HALABI**

---

I, **MAJDI EL HALABI**, of 68 Har Kitron St., Zur Hadassa, Israel, 9987500, **WILL SAY** as follows:

1.   I am an Israeli journalist and lawyer. I make this witness statement on behalf of the Claimant, Ras Al Khaimah Investment Authority ("**RAKIA**"). English is not my first language but I read, write and speak English well and I have made this statement in English.

2.   Save insofar as is stated otherwise, the facts set out below are within my own knowledge or are derived from other sources or documents that I have seen and which in all cases I believe to be true.  Where any facts are not within my knowledge, the source of those facts is stated.

1

**Background**

3.  I have been a journalist since 1992. I work for Elaph (an independent online Arabic publication based in England), as a senior editor and correspondent. I focus on issues in Israel and the Arab world generally, and I work as a freelance journalist in the same areas. I am a member of the international journalist committee in Israel and the Foreign Press Association. I am studying for a Masters and PhD at Ben-Gurion University on the history of the Middle East with a focus on Saudi Arabia. In 2012 I qualified as a lawyer and have my own firm serving clients in relation to business dealings between Israel and Palestine. For example I advise clients on complying with the procedures of the Israeli authorities to import or export goods from or to Palestine.

4.  I first met Stuart Page in Jerusalem in 2012 at a private dinner event. He was coming to Tel Aviv and Jerusalem regularly around that time and we stayed in touch. We have never had a professional relationship but we exchange information. He sometimes asks me if I know information about certain topics or people based on my knowledge of the relationships between Israel and Arab countries. I do not ask Stuart why he requests information.

**Request from Stuart Page in 2016**

5.  At some point in early 2016 Stuart called me and asked me to keep an eye out for anything interesting and unusual relating to Ras Al Khaimah, His Highness Sheikh Saud, Khater Massaad and Farhad Azima. He may have mentioned other names too but I do not remember. I had heard of Khater Massaad because there were many articles about him in the media. I had not heard of Farhad Azima but recall noticing that his name sounded Iranian/Persian.

6.  Stuart did not tell me why he wanted information relating to these people, he just said that if I found anything interesting to let him know. Stuart made requests like this from time to time. I do not remember further details about the conversation, however I believe it took place in March or April 2016. In

2

March 2016 I moved my office from Jerusalem to my home and I remember the conversation taking place in my new home office.

7.   Following Stuart's request, I searched for those names on Google. I saw there were many articles about those individuals already. Every couple of days I would search again to see if there was anything new, interesting or different. I also spoke to a few contacts I was working with in the Gulf to check that I had the right names and to ask them to contact me if they heard or saw anything. I did not set up a "Google alert" as I search for lots of things and setting up alerts for them all would create too much "noise": I would be bombarded with emails from Google.

**Torrent data**

8.   In early August 2016, whilst working in my home office, in one of my regular Google searches, I found links to a torrent containing information relating to Farhad Azima. I am familiar with such sites and come across them all the time in the course of my work.  I do not download data from them because I am concerned about viruses.  I usually pass the links to a computer expert and ask for a hardcopy.  I thought it looked interesting because the title referred to Farhad Azima being exposed and in my experience torrents often contain interesting information. I did not try to download the material because of my concern about viruses. I called Stuart Page and told him that I had found something that he might find interesting. I provided him with two links via Whatsapp and he thanked me. I no longer have the phone I used for this. Whilst I do not recall precisely when this took place, I went on holiday in the second half of August for three weeks and I remember finding the material and calling Stuart before my holiday.

9.   Following my call to Stuart, we did not discuss the matter again. Stuart did not raise the issue again so I considered that the matter was over. I was not interested in the data available because I did not consider it relevant to my area of work as there was no Israeli connection. At around this time, one of my contacts called me and said he had found the same material online. I thanked him but said that I had already found it.

3

**STATEMENT OF TRUTH**

I believe that the facts stated in this Witness Statement are true.

Signed...............................................

**MAJDI EL HALABI**

Date: 24. 6. 19

4

1                    Wednesday, 29 January 2020
2   (10.30 am)
3                (Proceedings delayed)
4   (10.35 am)
5   MR LORD: My Lord, I'm sorry for keeping the court. I do
6       apologise to your Lordship and all here. I apologise in
7       public to them all for my forgetfulness.
8   JUDGE LENON: No problem.
9   MR TOMLINSON: My Lord, before we begin with the evidence,
10      there's one administrative matter which I ought to have
11      dealt with yesterday; I deal with now.
12          Your Lordship should have, on your Lordship's bench,
13      our proposed order in relation to the Buchanan documents
14      which were produced in the course of his evidence, an
15      order under CPR 31.22. The other side have seen a copy
16      and certainly I'm not aware that there's any objection
17      to it being made in this form.
18  JUDGE LENON: Very well. I will make that order.
19  MR TOMLINSON: So, my Lord, I will now call Mr Halabi.
20  JUDGE LENON: Yes.
21          MR MAJDI EL HALABI (affirmed)
22          Examination-in-chief by MR TOMLINSON
23  MR TOMLINSON: Could you be given bundle D, please? First
24      of all, could you give the court your full name and
25      address?

                        1

1   A.  I am Majdi El Halabi. My address is 68 Har Kitron
2       Street, Zur Hadassa, Israel.
3   Q.  Thank you. In the file in front of you -- you should be
4       at tab 6 -- there should be a document which has on its
5       first page "Witness statement of Majdi El Halabi". Do
6       you have that {D/6/1}?
7   A.  Which one?
8   Q.  I think it's the first -- if you turn over, I think it's
9       that document there.
10  A.  Yes.
11  Q.  If you look at the first page, does that have your name
12      on it?
13  A.  Yes, it's my name.
14  Q.  And if you turn to the last page of that document, so
15      it's page {D/6/4}, is that your signature?
16  A.  Yes, sir.
17  Q.  Is there anything in that statement that you wish to
18      correct or clarify?
19  A.  Maybe in paragraph 7 there is I think a misunderstanding
20      between me and lawyers {D/6/3}. When I said "a couple
21      of days", I didn't mean couple of days, two days. In
22      our language, in our slang, when we are talking and said
23      a "couple of days", it's some days. The correct word
24      can be "from time to time".
25  Q.  Thank you. With that clarification, is that evidence

                        2

1   true and accurate in your statement?
2   A.  Yes.
3   Q.  And that's your evidence before his Lordship?
4   A.  Yes, of course.
5   MR TOMLINSON: Thank you. If you could wait there,
6       Mr Halabi, there will be some questions.
7   A.  Okay. Thank you.
8          Cross-examination by MR LORD
9   MR LORD: Mr Halabi, may I please just ask you about that
10      correction you made to your statement? Would you be
11      kind enough, please, to go to the first paragraph of
12      your statement at {D/6/1}? Have you got that?
13  A.  Yes.
14  Q.  Can you see what you said in the second sentence:
15          "English is not my first language but I read, write
16      and speak English well and I have made this statement in
17      English."
18  A.  Yes, my Lord.
19  Q.  So presumably you read this statement carefully before
20      you originally signed it?
21  A.  Yes, my Lord.
22  Q.  And when you came across paragraph 7, drafted as it was,
23      and you saw the reference to "every couple of days",
24      {D/6/3}, why did you not change that before you signed
25      the statement?

                        3

1   A.  Because, my Lord, in my language, with my slang, when
2       I talk with people and say "a couple of days" or "two or
3       three days", it's not the meaning of two days -- two
4       days. Maybe it be three, maybe it be five, six, seven,
5       week, something like that. But because of that, I think
6       that my slang, it's not the right word in this sentence,
7       my Lord.
8   Q.  So is it "every few days" or is it "from time to time"?
9   A.  It's "from time to time", it's -- also "few days" in our
10      language, it's not few; it can be nine.
11  Q.  Right. Well, forget the idiom for a minute, forget the
12      way of summarising it. Tell his Lordship on oath how
13      often you think you performed the task that you're
14      referring to in paragraph 7 of your witness statement.
15  A.  I don't understand. Can you repeat it, please?
16  Q.  How often, how frequently?
17  A.  I think it was, my Lord, something like four days, seven
18      days -- several times I search two/three days, one day
19      after day, and then I leave it when I was abroad or
20      I was busy and other things, and not stretched to the
21      computer and don't stretch to my office, something like
22      that.
23  Q.  So sometimes it could be three days in the row --
24  A.  Maybe, yes.
25  Q.  -- and sometimes not for many days?

                        4

January 29, 2020          Ras Al Khaimah Investment Authority v Farhad Azima          Day 6

1  A.  Yes.
2  Q.  Possibly weeks, not for weeks sometimes?
3  A.  Maybe.
4  Q.  Maybe? Not for months sometimes?
5  A.  I don't think so.
6  Q.  But it might be?  There might a whole month --
7  A.  No, not month.
8  Q.  But a few weeks may go by, may have gone by, before you
9      did the next search?
10 A.  I just make it clear, my Lord, that it's from time to
11     time.  Sometimes it's two days, sometimes more than two
12     days, sometimes a week.  It's the situation.
13 Q.  Mr Halabi, the central purpose of your evidence,
14     I suggest, is to tell his Lordship on oath the way in
15     which you claim to have searched the internet in order
16     to discover the hacked data.  That's right, isn't it,
17     Mr Halabi?  It's the central purpose of your evidence,
18     isn't it?
19 A.  In my evidence I give my evidence what happened truly
20     when Mr Page ask me to look something unusual about
21     those names, and I search in the computer and also
22     I talk with people in the Gulf and other places and ask
23     them about the names -- about the right names of the
24     people, and if they will see something about them,
25     something unusual, not in the Google, let me know.  It

                          5

1      was like this.
2  Q.  Mr Halabi, one of the important matters that you give
3      evidence about is your alleged searching of the
4      internet, isn't it?
5  A.  One of them, yes.
6  Q.  And I'm asking you to tell his Lordship how often you
7      think you carried out this searching task between when
8      Mr Page first asked you to do it and when you telephoned
9      him, as you say you did, in August 2016.
10 A.  What's the exact question, please?
11 Q.  For you to tell his Lordship as best you can recollect
12     how often you think you allegedly carried out this
13     search between the time that Mr Page first asked you to
14     keep a look-out and the time you say you telephoned
15     Mr Page in August 2016 with the news as to what you had
16     allegedly then found.
17 A.  Okay.  My Lord, Mr Page is a friend of mine and he asked
18     me to do him a favour.  I write the name, searching in
19     my computer at my office home, home office, and I search
20     from time to time about the names that he ask me about
21     them, and it not -- it wasn't a kind of work that I am
22     doing for -- as a journalist or as a lawyer.  It's
23     a favour for a friend and I did it from time to time.
24     When I find the links in torrent that -- according to
25     Mr Azima and the words was "leaks" and "file leaks",

                          6

1      I think that it was important and unusual.  I called
2      Mr Page and told him about the -- what I find and he
3      thanks me and this matter was over.  I want to clear
4      something, that this matter for me, my Lord, it wasn't
5      important for me as a work or as something that I am
6      going to do, article or something like that.  It was
7      a favour for a friend.
8  JUDGE LENON: Mr Halabi, I'd like you to focus on the
9      question that you're being asked.  You're being asked
10     how often do you think you did the search between the
11     time you were originally asked to do it by Mr Page and
12     the time when you spoke to him.  Can you answer that
13     question?
14 A.  I answered, my Lord.  I answered the question.
15     I said -- I said that it's from time to time, several
16     times, every -- maybe it's three days, three days, then
17     maybe week, and it's not something that I remember very
18     well how often I do it and which times because I didn't
19     write any documents or comments about it because it was
20     a favour for a friend, my Lord.
21 MR LORD: So is it right, Mr Halabi, that you can't actually
22     provide any accurate indication to his Lordship as to
23     how often you think, even approximately, you performed
24     these searches?
25 A.  It was, my Lord, a long time ago and I don't remember,

                          7

1      you know, specifically which days I search or not
2      search.
3  Q.  Could I ask you, Mr Halabi, please, to go in your
4      witness statement to paragraph 1 again at {D/6/1}, where
5      you say:
6          "I am an Israeli journalist and lawyer."
7          Can you see that, Mr Halabi?
8  A.  Yes.
9  Q.  Then if you could please go to paragraph 3 on {D/6/2},
10     you set out there for his Lordship what you say is your
11     relevant background, don't you, Mr Halabi?
12 A.  Yes.
13 Q.  You explain that you've been a journalist since 1992,
14     you work for Elaph,  "... an independent online Arabic
15     publication based in England), as a senior editor and
16     correspondent".
17     You go on to say:
18         "I focus on issues in Israel and the Arab world
19     generally, and I work as a freelance journalist in the
20     same areas.  I am a member of the international
21     journalist committee in Israel and the Foreign Press
22     Association.  I am studying for a Masters and PhD at
23     Ben Gurion University on the history of the Middle East
24     with a focus on Saudi Arabia.  In 2012 I qualified as
25     a lawyer and have my own firm serving clients in

                          8

1    relation to business dealings between Israel and
2    Palestine. For example I advise clients on complying
3    with the procedures of the Israeli authorities to import
4    or export goods from or to Palestine."
5        Can you see that, Mr Halabi?
6  A.  Yes.
7  Q.  Can his Lordship take it that that's all true and
8    accurate, what you set out there?
9  A.  Yes.
10 Q.  Now, your work, Mr Halabi, as a journalist, which you've
11    been doing for the last 28 years, that would involve,
12    wouldn't it, the need to make notes of your work?
13 A.  Yes, my Lord.
14 Q.  For example, if somebody telephones you with a news
15    story or a contact or a telephone number of someone he
16    might want to speak to, you'd want to make a note of
17    that information so you could pursue it, wouldn't you?
18 A.  Of course.
19 Q.  Can you tell his Lordship what your practice was in 2016
20    in relation to taking notes?
21 A.  According to ... ?
22 Q.  In the year 2016, what sort of practices did you have
23    for notes, for taking notes? Did you have a notebook or
24    a diary or lots of diaries or daybooks, for example?
25    What did you have?

9

1  A.  I take notes on papers, then I move it to the computer
2    when it's something that I work with it. If I not work
3    with this material, I will throw it to the bin.
4  Q.  So did you not have some sort of notebook?
5  A.  I have my own notebook in my computer about my work that
6    I am doing in -- as a journalist.
7  Q.  But you don't have any hard-copy notebook?
8  A.  I have --
9  Q.  Like a diary or -- like a diary or a --
10 A.  I have notebooks -- when I am going to interview
11    officials in Israel or out of Israel, I write things
12    when I am interviewing them beside the taping, if they
13    allow to tape.
14 Q.  Do you have something like a pocket book, something you
15    carry out around with you that you can write things in?
16 A.  No, I am carrying it me. It's not something -- a book
17    that I write the things that I think that it's important
18    from -- for the interview that I am doing with officials
19    in Israel or with officials out of Israel, some -- in
20    the places that I am visiting or working as
21    a journalist, my Lord.
22 Q.  So, as I understand your answer this morning, you would
23    make a note on paper and then, if it was important
24    enough, you would transfer that to your computer to
25    serve as a record; is that right?

10

1  A.  Yes, my Lord.
2  Q.  And how would that process of transferring to your
3    computer for recording purposes -- how would you do
4    that? How would you upload your handwritten notes into
5    some sort of electronic form?
6  A.  I type it.
7  Q.  Yes, but how would you go about storing it? Whereabouts
8    on your computer, that sort of thing, whereabouts -- how
9    would you do it? Send yourself an email or what
10    would you do?
11 A.  No, I write it as a document.
12 Q.  Sorry, I didn't catch that.
13 A.  As a document, in Word document. I write the things.
14 Q.  So if somebody sends you a telephone -- if somebody
15    says, "You really should speak to Mr Smith about this
16    story and here's his telephone number", what you do is
17    to create a Word document for that, is it?
18 A.  I will write a number, then I will move it to my
19    diary -- my phone diary.
20 Q.  Move it to your phone diary?
21 A.  Yes.
22 Q.  What sort of --
23 A.  The numbers.
24 Q.  Would that be an iPhone?
25 A.  I have an iPhone now, yes.

11

1  Q.  And did you have an iPhone back in 2016?
2  A.  No, I didn't have iPhone in 2016. I have a Samsung.
3  Q.  You had a Samsung mobile phone?
4  A.  Yes.
5  Q.  And you had that throughout 2016?
6  A.  Excuse me?
7  Q.  Did you have that device throughout 2016?
8  A.  I don't have now a Samsung. I have only an iPhone since
9    two years.
10 Q.  But in 2016, did you have your Samsung throughout 2016?
11 A.  Yes.
12 Q.  Did you have any other phones that you used in 2016?
13 A.  Yes, I use several phones because I am using several
14    numbers, Jordanian number, Palestinian number, because
15    the -- in the Arab world, my Lord, we cannot connect
16    them by the Israeli phones. We must have a Palestinian
17    number or Jordanian number or British number, and
18    because of that I have several numbers.
19 Q.  Do you mean several different phones as well?
20 A.  I used to have three phones but now I am having one.
21 Q.  But in 2016 did you have three phones?
22 A.  Yes.
23 Q.  And were they all Samsung?
24 A.  Yes.
25 Q.  And you used those to make different calls?

12

January 29, 2020        Ras Al Khaimah Investment Authority v Farhad Azima        Day 6

```
 1   A.   To my sources.
 2   Q.   To your sources.   And what has become of those three
 3        phones or, rather, the records of them?  What's become
 4        of those?
 5   A.   I am -- I don't have these devices anymore.  I don't
 6        know what's ...
 7   Q.   What happened to them?
 8   A.   I put them on -- in the store for the -- I exchanged
 9        phones and then I buy an iPhone and give them the
10        telephone -- the devices that I have before.
11   Q.   All on the same occasion?
12   A.   No, one of them on one occasion and the others I -- one
13        of them I gave to my son and he destroy it because he
14        was in the army and he destroyed it, the device.
15   Q.   And when do you think you got rid of or disposed of each
16        of these three phones -- do you think, roughly?  After
17        2016?
18   A.   Not in 2016.  Maybe in 2017.  I don't remember
19        specifically when.  But in the last two years I have
20        iPhone.
21   Q.   And what other devices do you have for storing
22        information, Mr Halabi?
23   A.   My comp -- my lap --
24   Q.   Your computer, a laptop?
25   A.   I have a laptop.
```

13

```
 1   Q.   And is that the same laptop that you had in 2016?
 2   A.   No.
 3   Q.   What did you have in 2016?
 4   A.   In 2016 I have my PC in my office, and then when I move
 5        my office from Jerusalem to my home office I move also
 6        the computer.  Then I buy a new laptop at 2018, and this
 7        computer is -- now we change it to a PC computer for my
 8        son or my little son.  He's 10 years old and he use it
 9        to his -- for his studies in the school.
10   Q.   So if you were going to carry out some research on the
11        internet, if you were going to carry out some research
12        to try to look for certain information on the internet
13        in 2016, how would you go about keeping a record of what
14        it was that you were looking for?
15   A.   Again, my Lord, if it's something according to my work
16        as a journalist, I save the records, I save the files,
17        and I manage it as a file to work on it or to write
18        article.  After I finish writing my article and sent it
19        to my newspaper, I will save the document if it's
20        necessary.  If it's not necessary, I will destroy it or
21        delete it.
22   Q.   And presumably, Mr Halabi, you still have access to the
23        same server that you used in 2016?
24   A.   No.
25   Q.   Why not?
```

14

```
 1   A.   Because I change the computer two years ago.  I have my
 2        laptop now.  It's not the same server.  It's laptop
 3        with -- I download to the USB and back it in my USBs.
 4   Q.   Oh, I see.  So is it right that you don't have any
 5        server anymore to serve your information on?
 6   A.   I put it in my computer, in my laptop.
 7   Q.   But only on the laptop itself?
 8   A.   Yes.
 9   Q.   Not on some server some, not on some main --
10   A.   No, I don't have a server.  I don't used to have
11        a server.  I have a computer and I save my documents in
12        my computer.
13   Q.   And from what you just said, I think you said that
14        you -- would you save it onto a memory stick?
15   A.   Again, please?
16   Q.   How would you save -- if you're a journalist and if all
17        you're doing is storing your information on the laptop
18        itself and you lose the laptop, you've lost all your
19        data, haven't you, Mr Halabi?
20   A.   I already said, my Lord, that I save documents -- the
21        necessary documents in USB.
22   Q.   Are you telling his Lordship that with the work you set
23        out in paragraph 3, you only save material onto a USB
24        stick?  Is that your evidence, that you don't have any
25        permanent server or some place that permanently backs up
```

15

```
 1        your documents?  What about your PhD, what about your
 2        thesis?
 3   A.   I am working on it on my laptop and I save that
 4        materials and the documents on the USB.  When I need --
 5        when I have a problem with the computer, I can go to the
 6        USB and transfer it and download it in the computer and
 7        working on it.  And also I am -- I have a computer in
 8        the Ben Gurion University that I am working on my PhD
 9        there with my professor.
10   Q.   And do you save your documents on the cloud?
11   A.   No.
12   Q.   It's right, isn't it, that you haven't produced a single
13        document to evidence what you say in your witness
14        statement you did for Mr Page allegedly in 2016?
15   A.   There is no -- nothing that I can provide to this
16        because it's not -- it wasn't my -- something that
17        I work on it as a work, as an article, as I said, my
18        Lord, or as a work as a journalist or as a lawyer.  It
19        was a favour for a friend.  I don't save anything about
20        this, my Lord.
21   Q.   So as far as you were concerned, it was a pretty
22        unimportant thing for you to be doing?
23   A.   It wasn't a big issue for me.  It was a favour for my
24        friend, and I respect my friends, I respect the requests
25        from my friends because of my tradition and my beliefs
```

16

```
 1        as a Druze human.
 2   Q.   In paragraph 3 of your witness statement you say  this,
 3        that you had your own firm serving  clients  in  relation
 4        to business dealings  between Israel  and Palestine.   What
 5        do those business dealings comprise? You've given an
 6        example, but it looks as  if  that's  only  an  example  and
 7        not all the business dealings  of your firm.   What else
 8        does your firm do apart from advise on import/export?
 9   A.   I am -- my Lord, I am a self -employed in my own firm and
10        I am working with the Palestinians  with companies that
11        are providing products and they import it  and  they
12        export and also import -- import to Palestine,  and
13        I help them with the  Israeli  authorities .   It's
14        a company of stones, that there is -- they are stones
15        for building, and the companies according  to,
16        you know -- what's it called in English?  Coca-Cola and
17        something like that -- not Coca-Cola, but that they are
18        exchange materials and products between Israel  and
19        Palestine.
20   Q.   And you have your own firm that basically  does that
21        import/export business; is  that  right?
22   A.   Not export and import business.  I want to be clear --
23        I say that before -- I help them to do that with the
24        Israeli  authorities  because of the language and because
25        of the complicated  of the  process that  it  have been done
```

17

```
 1        or must be done in these cases.
 2   Q.   Can I ask you, please -- in paragraph 4 of your witness
 3        statement you say you met Stuart Page in Jerusalem in
 4        2012.  Can you see that {D/6/2}?
 5   A.   Yes, I see it.
 6   Q.   You said just now that Mr Page is and presumably was in
 7        2016 a friend of yours; is  that  right?
 8   A.   Yes, of course.
 9   Q.   And roughly how often in  2016 would you meet or speak
10        with Mr Page, do you think?
11   A.   Mr Page is my friend not only from 2016.  It's  before
12        that.  But we met several times in Tel Aviv or in
13        Jerusalem when he was there and we met here in London
14        when I was in London, and we talk to  each other  several
15        times the year -- when it's  necessary,  when we meet and
16        we're meeting and we talk about several things,  private
17        things, about his son, about my son, about things
18        that -- according to the Israelis , the  Israelis /Arab
19        connections, and a lot of things that  we are exchange
20        and talk about.  He is one of my friends,  and when
21        friends meet, talking a lot of things, my Lord.
22   Q.   Would it be fair to say that Mr Page and you have some
23        mutual interests  in the business sense?
24   A.   No.
25   Q.   There are aspects of your work that would interest
```

18

```
 1        Mr Page and vice versa?
 2   A.   No, we never do something as a business because he's my
 3        friend and, if you want to loose a friend , make
 4        a business with him.
 5   Q.   So in paragraph 4 -- you don't, do you, in paragraph 4
 6        explain that actually you're a friend of Mr Page, do
 7        you?
 8   A.   Excuse me?
 9   Q.   Mr Halabi, in paragraph 4 of your witness statement you
10        explain how you met Mr Page --
11   A.   Yes.
12   Q.   -- and you explain how you and he exchanged information
13        as you describe, but you don't say in paragraph 4 that
14        actually Mr Page is a friend of yours, do you,
15        Mr Halabi?
16   A.   Mr Page is my friend.
17   Q.   Mr Halabi, could you look at paragraph 4 of your witness
18        statement, please?  It's a short witness statement.
19        Paragraph 4.  Have you got that?
20            Can you see anywhere in paragraph 4, when you
21        explain to his Lordship your relationship  with Mr Page,
22        where you explain that actually  you and he are friends?
23   A.   My Lord, when we met then, we have a lot  -- phone calls
24        and then we met again and again,  we become friends.
25        It's the true.  It's the thing that happened.  I don't
```

19

```
 1        think that I must write everything and said  everything
 2        for everybody which and which time he become my friend or
 3        not become my friend.  We met, we have a relationship ,
 4        we have -- share a lot of things and a lot of things
 5        that we can share together.  If  it 's something about
 6        families  or about his work, about my work, we talk and
 7        we exchange informations, he gives  me names, he
 8        introduce me to people, I introduce him to people, and
 9        we become friends since that time, my Lord.
10   Q.   Mr Halabi, I'm not disputing that.  I'm not challenging
11        what you've just said.  I'm just asking you why you
12        didn't add into your statement that actually  -- because,
13        Mr Halabi -- Mr Halabi, I will put it to you directly :
14        it would be relevant, wouldn't it  -- it  would be
15        relevant, when you come to give evidence, as you do,
16        essentially  corroborating Mr Page's account about the
17        discovery of the hacked data -- it  would be relevant for
18        his Lordship to know, wouldn't it , Mr Halabi, that you
19        as the corroborating witness were a friend  of Mr Page?
20        Do you agree?
21   A.   I repeat, Mr Page was my friend -- since  we met and
22        talked and he become my friend, my Lord.
23   Q.   So would it be fair to say that actually  what you've
24        done in relation  to this alleged discovery of the hacked
25        data is  really  a favour for Mr Page, a favour for your
```

20

```
 1      friend?
 2   A. Yes, I say that.
 3   Q. Thank you. And can you just confirm on oath that there
 4      isn't a single document that you've produced that
 5      evidences your actually performing this service for
 6      Mr Page back in 2016?
 7   A. No, again, it wasn't a work for me. It was a favour for
 8      a friend, and I have no documents about it because, when
 9      you talk with your friend, it's not matter for a court
10      or not a court, because I don't -- this matter I don't
11      know any things about it, about this matter with
12      Mr Azima or the others that they mentioned in this
13      court.
14         It was a favour for a friend, and I came and make my
15      statement because it was like this. What I said in my
16      statement, it was the truth and it is the truth,
17      my Lord.
18   Q. Mr Halabi, could you please go to paragraph 5 of your
19      witness statement at {D/6/2}?
20   A. Yes.
21   Q. You say this:
22         "At some point in early 2016 Stuart called me and
23      asked me to keep an eye out for anything interesting and
24      unusual relating to Ras Al Khaimah, His Highness
25      Sheikh Saud, Khater Massaad and Farhad Azima. He may
```

                                    21

```
 1      have mentioned other names ... but I do not remember."
 2         Do you see that?
 3   A. Yes.
 4   Q. Can you go back to paragraph 4, please, just above that,
 5      where you talk about Mr Page and you exchanging
 6      information. You say this in the last three lines:
 7         "He [that's Mr Page] sometimes asks me if I know
 8      information about certain topics or people based on my
 9      knowledge of the relationships between Israel and Arab
10      countries. I do not ask Stuart why he requests
11      information."
12         Do you see that?
13   A. Yes, I see it.
14   Q. Now, if we go back to what you say in paragraph 5, you
15      say Mr Page asked you in 2016. Mr Page wasn't asking
16      you, was he, about anything that would be related to
17      your knowledge of the relationship between Israel and
18      Arab countries?
19   A. Mr Page asked me to keep an eye and see if there's
20      something unusual about those names mentioned in my
21      statement, my Lord.
22   Q. Mr Halabi, what I'm asking you to focus on is that what
23      you describe Mr Page asking in paragraph 5 of your
24      witness statement is not something that would be
25      included with what you've described in the last two
```

                                    22

```
 1      sentences of paragraph 4 of your witness statement, is
 2      it?
 3   A. I think for me it's the same. If he ask me about those
 4      names and things that it's related between, I don't know
 5      if those names had a relation -- or are related to the
 6      Israelis or not, but I search about them. I see the
 7      names, I see a lot of things in the computer about those
 8      names and I keep an eye on it because I think it was
 9      important for my friend, and when I find in torrent,
10      I tell him and I pass him the links and it's over there.
11   Q. Nothing Mr Page allegedly asked you in 2016 raised the
12      question of the relationship between Israel and Arab
13      countries, did it, Mr Halabi?
14   A. I repeat, I don't know if it's related or not because he
15      ask me about names. When I search, I didn't find
16      a relation between those people and Israel, but
17      I keeping searching about it because it's a favour for
18      my friend, my Lord.
19   Q. You said in paragraph 9 of your witness statement at
20      {D/6/3} -- you said in the second line:
21         "I was not interested in the data available because
22      I did not consider it relevant to my area of work as
23      there was no Israeli connection."
24         Can you see that?
25   A. Yes.
```

                                    23

```
 1   Q. So if we take that bit of evidence of yours back to
 2      paragraph 5, did you wonder why Mr Page was asking you
 3      in relation to Ras Al Khaimah, Sheikh Saud,
 4      Khater Massaad and Farhad Azima when, on the face of it,
 5      that didn't have any Israeli connection?
 6   A. When I search, I don't find any Israeli connection, but
 7      I keep an eye and, when I see something, I provide it to
 8      Mr Page, my Lord.
 9   Q. Mr Halabi, what I'm asking you is this, that -- I'm
10      suggesting to you that if in fact Mr Page had asked you
11      to keep an eye out for Ras Al Khaimah and the Ruler and
12      so on, if that had happened, you would have asked
13      yourself, "Well, why am I being asked about that because
14      that doesn't seem to have any Israeli angle to it".
15      That's right, isn't it, Mr Halabi? Why would you be
16      able to help in this regard?
17   A. I don't accept your explanation. I already have the
18      names and search the names. I saw there a lot of
19      articles about Khater Massaad and Ras Al Khaimah and he
20      steal money from Ras Al Khaimah and I see that
21      Farhad Azima is connected to the Americans, connected to
22      the Iranians. It was something like that. I keep
23      searching about something unusual, as he asked me, and
24      when I find it, I provide it to him.
25   Q. Did you make a note of what Mr Page was asking you to
```

                                    24

1      keep an eye out for at the time he first asked you?
2   A.  I write the names, I stretch it in my computer, and
3       after I find the links I throw it in the bin because
4       it's not necessary anymore.
5   Q.  Sorry, you write the names on a piece of paper?
6   A.  Yes.
7   Q.  Mr Page telephones you and you make a note, do you?
8   A.  Yes.
9   Q.  On a notepad or in your book, in your notebook?
10  A.  No, in a paper that I stretch it in my computer.
11  Q.  When you say "stretch it", what do you mean?
12  A.  Put it like this (indicating).
13  Q.  So you stuck the piece of paper --
14  A.  Yes, "stuck it", sorry. Stuck it in my computer.
15  Q.  With, what, Sellotape or something?
16  A.  No, it's like papers that -- yellow papers, white
17      papers.
18  Q.  Post-its?
19  A.  Those papers.
20  Q.  I see. So you wrote it on a Post-it, did you?
21  A.  Excuse me?
22  Q.  You wrote it on a piece of yellow paper like that?
23  A.  Yes, because it's several names -- it's two, three
24      names, four names, and I stuck it in my computer.
25  Q.  On your laptop or your desktop, is this?

                              25

1   A.  It was my PC, my computer and my office home.
2   Q.  And you stuck it where? Actually on the front of the
3       computer?
4   A.  In the side of the computer. There was a lot of things
5       there, not only this, my Lord.
6   Q.  So this favour for Mr Page, you reduced to a Post-it
7       note that you stuck on your computer, did you?
8   A.  I said "Yes".
9   Q.  And did that Post-it note -- did it ever peel off at any
10      stage? Did it fall down?
11  A.  I don't remember. No, I don't think so, but maybe if
12      it's fall down, I put it again because it's my office.
13  Q.  How big was the Post-it note?
14  A.  A little one.
15  Q.  How big? Let's just see how big it was --
16  A.  Like this one -- the yellow one here.
17  Q.  What, that size (indicating)?
18  A.  You're asking me -- I said like this one, the yellow
19      one, you see? If you can bring it, please, the
20      yellow -- yes, this one, like this.
21  Q.  Like that?
22  A.  Yes.
23  Q.  Has your Lordship seen the --
24  JUDGE LENON: Yes, I would call that a large Post-it note.
25  MR LORD: And you wrote the names down on the Post-it notes?

                              26

1   A.  Yes.
2   Q.  And you stuck that on your computer?
3   A.  Yes.
4   Q.  With other Post-it notes?
5   A.  Excuse me?
6   Q.  Were there other Post-it notes?
7   A.  Yes.
8   Q.  Could you see the screen through the Post-it -- how many
9       Post-it notes were there? Was it hard to see the
10      screen?
11  A.  Two or three. I don't remember. I don't remember.
12      You're asking me questions that -- I cannot remember
13      everything. It was at 2016. I have a lot of things
14      done since that time.
15  Q.  And you say that Mr Page asked you to keep an eye out
16      for anything interesting and unusual relating to
17      Ras Al Khaimah, His Highness Sheikh Saud, Khater Massaad
18      and Farhad Azima?
19  A.  Yes.
20  Q.  And that's what he said to you, "anything interesting
21      and unusual"; is that right?
22  A.  Yes, as I write.
23  Q.  Did he mention that it was in relation to some sort of
24      publicity or PR campaign or not?
25  A.  No, he don't mention anything of those things that you

                              27

1       are talking about.
2   Q.  If you go, please, to paragraph 7 of your witness
3       statement -- sorry, paragraph 6 {D/6/2}, you say that
4       you think this conversation with Mr Page took place
5       in March or April 2016. Can you see that?
6   A.  Yes, I see that.
7   Q.  So by the time you telephoned Mr Page in August, that
8       had been probably some four months after he first asked
9       you to perform this favour; is that right?
10  A.  Yes.
11  Q.  Four months?
12  A.  Something like four months -- maybe less, maybe more.
13  Q.  But about four months?
14  A.  About.
15  Q.  In paragraph 7 {D/6/3} you explain what you did and you
16      say this:
17          "Following Stuart's request, I searched for those
18      names on Google."
19          Do you see that?
20  A.  Yes.
21  Q.  So you did some Google searches, did you, for these --
22      as part of this favour?
23  A.  Yes.
24  Q.  And were they just simple Google searches?
25  A.  Yes.

                              28

January 29, 2020                Ras Al Khaimah Investment Authority v Farhad Azima                Day 6

1   Q.   You just typed in the names, did you?
2   A.   Yes.
3   Q.   So you'd have typed in the name "Khater Massaad"?
4   A.   Yes.
5   Q.   And you'd have typed in the name "Ras Al Khaimah" --
6   A.   Yes.
7   Q.   -- and "His Highness Sheikh Saud"?
8   A.   "Ras Al Khaimah", and I see there --
9   Q.   All the names?
10  A.   Yes.
11  Q.   And you would do separate searches for these names,
12       would you?
13  A.   I type every name separated, not together, all the
14       names.
15  Q.   So you'd do a search for "Ras Al Khaimah", would you?
16  A.   Yes.
17  Q.   And then you'd do a search for --
18  A.   But I don't see anything unusual about Ras Al Khaimah.
19       It was -- I think all of the things that when you search
20       about Ras Al Khaimah, you will see the page of Wikipedia
21       and other things that related to Ras Al Khaimah.
22  Q.   But what you were doing, the way you were performing
23       this task, as it were, was simply to type in a name into
24       Google and hit "Return" to do a simple Google search?
25  A.   Yes.

                              29

1   Q.   And it wasn't limited by reference to any date range,
2        was it?
3   A.   No.
4   Q.   And it wasn't an advanced Google search, was it?
5   A.   Excuse me?
6   Q.   It was not an advanced Google search?
7   A.   What is the meaning of "advanced"?
8   Q.   Well, was it an advanced Google search?
9   A.   What's "advanced", the meaning of "advanced"?
10  Q.   It's a search where you can add in more properties to
11       your search.
12  A.   No, no, it was simple -- as I said, it was simple
13       searching on the names that I get from Mr Page.
14  Q.   Which would mean, wouldn't it, Mr Halabi, that every
15       time you did this simple search, all the previous
16       results would come up again, wouldn't they?
17  A.   Yes, most of the time it's coming again and there was
18       new things. But it's things that it was in the media
19       because, if it's in the media, it's not interesting and
20       unusual.
21  Q.   But the point I'm putting to you, Mr Halabi, is that,
22       without doing some sort of advanced Google search to
23       limit your search to new material, you would be
24       generating returns for material whenever it had been
25       published online, wouldn't you?

                              30

1   A.   It is my usual work and I work in -- as such like this
2        way.
3   Q.   How long do you think you spent on this searching when
4        you were undertaking it? How long did it take you?
5   A.   Every time when I search it wasn't hours, it was
6        minutes. I don't think it takes me a lot of time,
7        but -- it was for a long time, but it's not taking me
8        a lot of time to search. I didn't search every day or
9        every hour. I searched from time to time. It's not
10       taking me a lot of time to do this search, my Lord.
11  Q.   And roughly, though -- roughly -- how long did it take
12       you? You must have an idea. How long did it take you?
13       You press in "Ras Al Khaimah", how many entries come up
14       on a Google search, let's say, in April 2016 for
15       Ras Al Khaimah --
16  A.   Look, I --
17  Q.   Millions? Millions, was it? Millions of entries or
18       hundreds of thousands? How many?
19  A.   I don't know because I see the first page and then I go
20       to the other things, and I learn fast reading. I am
21       fast reading and I can read fast. Most of my searches
22       was in Arabic language and others for English language.
23  Q.   I see. So your evidence is that you would only really
24       look at the very first page of returns that comes up
25       from your simple Google search?

                              31

1   A.   Yes.
2   Q.   And you wouldn't look at any of the other pages?
3   A.   No, I don't think -- I don't remember if I look to other
4        pages, but usually not.
5   Q.   Usually not. So you would get -- yes, I see. And if we
6        go -- if we went back to paragraph 7 of your witness
7        statement, please, at {D/6/3}, you say:
8             "Every couple of days I would search again to see if
9        there was anything new, interesting or different."
10            Do you see that in paragraph 7?
11  A.   Yes.
12  Q.   Then you said:
13            "I also spoke to a few contacts I was working with
14       in the Gulf to check that I had the right names and to
15       ask them to contact me if they heard or [had seen]
16       anything."
17            Who were the other contacts that you think you spoke
18       to about this favour?
19  A.   As a journalist I have, my Lord, a lot of sources in
20       the Gulf and I keep the names to myself because it can
21       confuse them, and I have a lot of sources in the Gulf,
22       high-level officials, emirs and others, and my
23       colleagues, journalists in the Gulf.
24  Q.   Why would these contacts know whether you'd got the
25       right names or not? How would they know the people you

                              32

January 29, 2020          Ras Al Khaimah Investment Authority v Farhad Azima          Day 6

1    were searching for?
2    A.  Because most of the people was related to the Gulf,
3         Ras Al Khaimah, His Highness, Khater Massaad, and
4         Mr Azima is Iranian one and it's in the Gulf also and
5         people knows his name.
6    Q.  Sorry, Mr Halabi, you're a journalist and a lawyer.
7         Mr Page has phoned you up allegedly to ask you to search
8         some names.  If you were uncertain about whether you got
9         the right names, why wouldn't you telephone Mr Page to
10        clarify things?
11   A.  I do my first search and see the names, but you can
12        write it differently in Arabic and in English and other
13        language.  Because of that, I ask one of my sources --
14        when I talk with him about I think something else and
15        I mention this thing and said, "How can we pronounce
16        'Azima Farhad'?  It's 'Farhad' or 'Farhood' or 'Azima'
17        or 'Hazima'?", and I get the answers.
18   Q.  And you say that you {D/6/3} "... did not set up
19        a 'Google alert' as I search for lots of things and
20        setting up alerts for them all would create too much
21        'noise '".
22   A.  Yes.
23   Q.  You would be bombarded with emails?
24   A.  Yes.
25   Q.  Now, you say in your witness statement [at paragraph 8]

33

1    that:
2         "In early August 2016, whilst working in my
3    home office, in one of my regular Google searches,
4    I found links to a torrent containing information
5    relating to Farhad Azima."
6         Can you see that?
7    A.  Yes.
8    Q.  Then about four lines up from the end of that paragraph
9         you say:
10        "I called Stuart Page and told him that I had found
11   something that he might find interesting .  I provided
12   him with two links via WhatsApp and he thanked me. I no
13   longer have the phone I used for this ."
14        Can you see that?
15   A.  Yes, I see.
16   Q.  And then in paragraph 9 you say in the first line :
17        "Following my call to Stuart, we did not discuss the
18   matter again."
19        Can you see that?
20   A.  Yes, I see that.
21   Q.  So can his Lordship take it that the only occasion when
22        you spoke to Mr Page to tell him that you had found some
23        interesting information of the sort that he had asked
24        you to look out for was this call in August 2016?
25   A.  In this matter, yes.

34

1    Q.  So you had not spoken to Mr Page about any other
2         interesting material that you'd found before the August
3         call?
4    A.  No, because I didn't have any interesting material until
5         that time, my Lord.
6    Q.  Yes, and nor did you speak to Mr Page again after this
7         first call in relation to this matter?
8    A.  We didn't mention this matter -- he didn't mention it,
9         I didn't mention it, and I think it 's over and I don't
10        know what happened there and what happened after that.
11        Now I know because of the court, but at that time it was
12        something that I did to him as a favour and it 's over
13        for me, my Lord.
14   Q.  So you understood, Mr Halabi, that after this first call
15        with Mr Page, you had effectively performed the favour
16        he wanted you to perform?
17   A.  Excuse me?
18   Q.  I think from that last answer you said, "We didn't
19        mention this matter -- he didn't mention it, I didn't
20        mention it, and I think it 's over and I don't know what
21        happened there and what happened after that.  Now I know
22        because of the court, but at that time it was something
23        that I did to him as a favour and it 's over for me ..."
24   A.  Yes, I said that.
25   Q.  So what I'm suggesting to you is , after you made this

35

1    one and only call to Mr Page, you understood that you
2    had performed the favour that Mr Page had asked you to
3    perform; is that right?
4    A.  Not exactly .  After that, when I provided it to him and
5         he thanks me, then he didn't come back to me with this
6         matter, I think it 's over, because it 's past some weeks
7         that he didn't talk about it and didn't say anything,
8         and when we talk after that, he didn't mention it,
9         I think that it 's over.  I don't know what he did with
10        this and if he continued to search or not, but he thank
11        me and we go on in our relationship and I go on with my
12        work and my things that I am doing regular, my Lord.
13   Q.  And it follows I think from your evidence today that you
14        didn't call Mr Page with any discoveries in
15        April 2016 -- sorry, any discoveries in relation to the
16        matters he'd raised with you --
17   A.  No, because I didn't see anything unusual or interesting
18        because most of the things was in the media, and when
19        it 's in the media, it 's in the media and all over the
20        world.
21   Q.  And his Lordship can take it , can he, Mr Halabi, that
22        you didn't call Mr Page about anything interesting in
23        relation to this particular request in May 2016?
24   A.  No.
25   Q.  Nor in June 2016?

36

1   A.   About this matter, no.
2   Q.   Nor in July 2016?
3   A.   Only when I find the links in torrent, I call him to
4        this matter and give him the links.
5   Q.   And you say that you gave him links to two sites in the
6        course of this call; is that right?
7   A.   Yes.
8   Q.   And you sent him the two links via a WhatsApp message;
9        is that right?
10  A.   What I remember, yes.
11  Q.   And was that on the same day as the call, at about the
12       same time presumably?
13  A.   After I have the phone call with him, I sent it to him,
14       in the same day, in the same time.
15  Q.   Yes. So you called him to tell him the good news and
16       then you sent the links via a WhatsApp message; is that
17       right?
18  A.   I called him to say that I find something interesting
19       and he asked me to send it to him by WhatsApp, I sent
20       it, and from that time, after several days or a week,
21       I think that this matter is over because nothing
22       happened and he didn't come back with anything about it.
23  Q.   When you spoke to Mr Page about the discovery in August,
24       what did Mr Page say about it? Was he pleased? Did he
25       ask you -- did he say something? What did he say?

37

1   A.   No, he ask me where it is. I told him that, "It's in
2        this site, torrent site, there is the links that I can
3        send it to you or can tell you and you will write". He
4        said, "No, send it to me by WhatsApp", I think, and then
5        I sent it to him, my Lord, and it's over.
6            It was not a long discussion about it because it's
7        a matter for -- he ask me and I -- when I find something
8        interesting and unusual like this thing, this site,
9        torrent, I don't download it, I don't see anything in
10       it, but it was interesting from the title, "Devices",
11       "Files", "Leaks", "Scam", something -- I understand that
12       it was something that exposed to the internet and
13       I think that it's unusual and interesting, and I told
14       him what I find and then I provide it by WhatsApp, and
15       that's it, my Lord.
16  Q.   And did you find both these links -- so the two links --
17       did you find those in the course of the same search?
18  A.   Yes, when I find the first one in torrent, when you
19       click it, you go to other one and the other one is to
20       download it. I don't download it because I am not
21       downloading anything in my computer that unknown, like
22       those sites, torrent or anything else.
23  Q.   But you provided Mr Page, you said, with two links via
24       WhatsApp. Can you see that?
25  A.   Yes, the link of the -- in the internet, in the first,

38

1        and the other link is when you click it, you can see it.
2   Q.   Could you be shown, please, {F/10}? Do you see that,
3        Mr Halabi? Can you see that?
4   A.   I see.
5   Q.   Have you seen something like that before?
6   A.   No.
7   Q.   Was that not one of the things that you came across in
8        this search?
9   A.   No.
10  Q.   Are you sure about that?
11  A.   Yes, yes, my Lord, I didn't see this.
12  Q.   You said I think you came across something that said
13       "Farhad Azima exposed", didn't you? Didn't you say that
14       just now?
15  A.   I understand that Mr Azima exposed, but I see the links
16       that talking about "leaking files", "Azima Farhad" and
17       "scam", words like that, and I think that it's
18       interesting and then I told Mr Page.
19  Q.   You can see that this appears to be a blog posted on
20       7 August 2016 titled:
21           "Farhad Azima, CEO of Aviation Leasing Group --
22       Exposed Again."
23           Can you see that?
24  A.   I see the title, yes.
25  Q.   Then you see:

39

1            "To read more click on given links and download
2        torrent."
3            And it lists to sites monova and piratebay. Can you
4        see that?
5   A.   Yes, I see it now.
6   Q.   Might this have been something that you found in your
7        search?
8   A.   No, I didn't find this.
9   Q.   And what about the -- if you could be shown {F/11},
10       please, is that something you recognise?
11  A.   No.
12  Q.   Might you have seen that?
13  A.   No.
14  Q.   That's another blog about Farhad Azima saying
15       "Farhad Azima Scam". Can you see that at the top?
16  A.   Yes.
17  Q.   It's 8 August 2016, can you see?
18  A.   I don't see that before. Now I am seeing it.
19  Q.   And you don't think that this was something that you
20       think that you saw?
21  A.   No.
22  Q.   Right. When you allegedly found this material in one of
23       your searches, to which search term had this material
24       responded?
25  A.   Excuse me? I don't understand.

40

1  Q.  Well, you've given evidence of the four different names
2      that you were searching about: Ras Al Khaimah, the
3      Sheikh, Dr Massaad and Mr Azima.
4  A.  Yes.
5  Q.  So which of those searches -- in response to which of
6      those names when you were searching did you allegedly
7      get this information, the response, the hit?
8  A.  When I search about Azima.
9  Q.  And what about when you typed in "Massaad", did that
10     bring it up as well?
11 A.  No.
12 Q.  Why was that?
13 A.  I don't remember. I don't know.
14 Q.  And whereabouts -- is it your evidence that the material
15     you found in this Google search in relation to Mr Azima,
16     that came up on the first page of your Google search?
17 A.  Yes, it was in the first page, and I think because of --
18     it was in the first page and torrent -- linking to
19     torrent, it was -- for me it was unusual and
20     interesting. Then I do what I did.
21 Q.  So the material that you claim you found in relation to
22     Mr Azima in this early August 2016 Google search you did
23     came up on the first page of your Google search?
24 A.  Yes. I said "Yes".
25 Q.  Because you'd only ever, in your evidence, scrolled down

41

1      the very first page, hadn't you, of the Google search?
2  A.  Most of the time.
3  Q.  Could you please go to [G/26.16]? Can you see
4      [G/26.16], Mr Halabi?
5  A.  Yes.
6  Q.  Have you seen this document before?
7  A.  No.
8  Q.  Never?
9  A.  Never.
10 Q.  Never? For the transcript, you've never seen something
11     like this before?
12 A.  I don't see this --
13 Q.  No.
14 A.  -- before, my Lord.
15 Q.  This is an article which appeared on the internet on
16     19 May 2016. Can you see in the middle of the page?
17 A.  Yes, I see it.
18 Q.  Can you see it's the Kansas City Star, which is I think
19     some sort of publication. Can you see?
20 A.  What -- where?
21 Q.  At the top. Can you see the heading --
22 A.  Ah, okay. This one, okay.
23 Q.  Can you see the heading:
24         "Iranian-born KC aviation figure with colourful past
25     appears in Panama Papers."

42

1          Can you see that?
2  A.  Yes.
3  Q.  It's about Mr Azima, isn't it? Can you see?
4  A.  Yes.
5  Q.  If you want to just turn the pages to yourself
6      [G/26.16/1-6], you can see the sorts of things that it
7      covered, headings like "Milk, Oil and Planes", "Guns On
8      Board", if you keep going, "Panama Problems", "Political
9      Money." Can you see that? Can you see all that?
10 A.  Okay.
11 Q.  Mr Halabi, if you'd seen this on the internet when you
12     were doing your Google searches, as you allege, this
13     would have qualified as a new or interesting internet
14     article concerning Mr Azima, wouldn't it?
15 A.  I don't think so because it's in the internet and it's
16     in the media and in Panama Papers, everybody can see it.
17     It's not unusual because if it's -- I don't see this
18     one.
19 Q.  Right. I think your evidence was that you've never seen
20     this before, so you didn't in fact come across it?
21 A.  No.
22 MR LORD: My Lord, would that be a convenient point to have
23     the short break?
24 JUDGE LENON: Yes.
25 MR LORD: I'm grateful.

43

1  JUDGE LENON: Mr Halabi, you can step down, but you mustn't
2      talk about your evidence with anybody.
3  (11.40 am)
4              (A short break)
5  (11.45 am)
6  MR LORD: Could you please be shown [D/3/6], Mr Halabi?
7      This is Mr Page's witness statement in relation to this
8      case, Mr Halabi. Have you seen this statement before?
9  A.  No.
10 Q.  Never?
11 A.  No.
12 Q.  Can you see in paragraph 19 what Mr Page here sets out?
13     He says this:
14         "At some point later this year, I do not recall
15     specifically when, Majdi called me and told me that he
16     had come across something interesting on the internet
17     about Farhad Azima. He did not tell me how he had come
18     across this information. He told me that he didn't want
19     to open the site because it might have harmful viruses
20     and he suggested I shouldn't either."
21         Can you see that? Then it reads on. Read the whole
22     paragraph if you like.
23 A.  Yes, I see that.
24 Q.  All right. Can you just confirm that, as far as you
25     recollect things, you did not tell Mr Page how you'd in

44

1    fact come across this information?
2  A. I don't think so. I don't remember. I don't think that
3     I told him how I find it because it was simple search,
4     my Lord.
5  Q. Then if you look, Mr Page says at the end of that
6     paragraph, after referring to the WhatsApp message -- he
7     says this:
8        "He also told me that he believed the information
9     came from the UAE. I did not ask why he thought this ."
10       Can you see that, Mr Halabi?
11  A. I see that.
12  Q. Now, you've given evidence that you only had one
13     conversation with Mr Page in relation to this matter,
14     haven't you?
15  A. Yes.
16  Q. So do you think that you did tell Mr Page in that one
17     conversation that you thought this information that you
18     had come across came from the UAE?
19  A. I don't remember, my Lord. Maybe I said, maybe not.
20     I don't know. I don't remember. I told him that there
21     is something interesting and we -- I -- and then
22     I provide him the links. I don't remember if I said
23     that or not. Maybe it was related to another thing, but
24     I don't remember if I said. You can ask Mr Page if --
25     why he said it.

45

1  Q. Right. I put it to you, Mr Halabi, that you did not
2     carry out this internet searching for Mr Page as you've
3     described.
4  A. Excuse me?
5  Q. I put to you that you're making up your evidence that
6     you carried out this internet searching for Mr Page.
7     You're making it up.
8  A. I don't understand what you are meaning in "making up".
9  Q. I'm suggesting to you that you did not carry out
10    internet searches for Mr Page every few days for four
11    months in 2016.
12  A. Absolutely not. You are wrong. I don't ...
13  Q. And you did not actually carry out any internet
14    searching for Mr Page of the sort that you're describing
15    in this witness statement.
16  A. What I describe in my witness statement, it's the truth.
17  Q. And that you've given this statement, you've signed this
18    statement, as a favour to Mr Page, haven't you?
19  A. No, absolutely no.
20  Q. And you have done that in order falsely to claim that
21    you played a part in the discovery of this hacked
22    material of Mr Azima's in August 2016.
23  A. No, absolutely not. I deny this, my Lord. It's ...
24  Q. And you've done that because of your friendship with
25    Mr Page, haven't you?

46

1  A. No, not. When I give a statement for the court, I give
2     a statement for the court as a human being and I am also
3     a lawyer, and I know what it's going when you give
4     a statement for the court, and I respect the court and
5     I give my statement as a truth that what has happened in
6     this matter and that time.
7  Q. Are you being paid, Mr Halabi, directly or indirectly,
8     in relation to your alleging the account of your
9     searches that you've given in the case?
10  A. No.
11  Q. Are you sure about that?
12  A. Yes, of course.
13  Q. I put it to you, Mr Halabi, that you have invented the
14    whole thing.
15  A. I deny this. I disagree. It's not true.
16 MR TOMLINSON: My Lord, I've no re-examination. Does
17    your Lordship have any questions for this witness?
18 JUDGE LENON: Yes, I have one question.
19       Mr Halabi, what did you consider was the point of
20    you carrying out Google searches when presumably Mr Page
21    could have carried out Google searches himself?
22  A. I think that he think that, because I am expert in the
23    Arab world and -- the Israeli and the Arab world, I can
24    find something that he cannot find, according talking
25    with also sources in the Gulf that I know and I have

47

1     connections with them and he know some of them. That is
2     there was in high level officials and others.
3 JUDGE LENON: Well, I understand what you say in relation to
4     Arab sources, but in terms of doing simple Google
5     searches, which is what I understand you said you were
6     doing, that was presumably something that Mr Page could
7     have done himself.
8  A. I don't know what -- why he asked me, and I did it as
9     a favour for him, and I search, then I asked some people
10    in the Gulf, and when I have something that I think that
11    it was interesting, I call him and tell him that.
12    I don't know what Mr Page did or not did in this matter,
13    my Lord.
14 JUDGE LENON: But he could have carried out these Google
15    searches himself, couldn't he?
16  A. I think yes, but when he ask me a favour, I do it for
17    him because he is my friend and I respect my friends,
18    my Lord.
19 JUDGE LENON: Thank you.
20 MR TOMLINSON: There is one matter arising out of that,
21    my Lord.
22       Re-examination by MR TOMLINSON
23 MR TOMLINSON: Just to be clear, Mr Halabi, what languages
24    did you search in when you were doing your searches?
25  A. Arabic and English and sometimes in Hebrew, but there is

48

| | |
|---|---|
| 1  nothing in Hebrew about this matter. | 1  Q. No, perhaps that's your business address. I apologise. |
| 2  MR TOMLINSON: Thank you. May this witness be released? | 2     The business address. |
| 3  JUDGE LENON: Yes. Thank you, Mr Halabi. | 3  A. It's The Sanctuary and it's -- shall I give the full |
| 4  A. Thank you, my Lord. | 4     address? It's The Sanctuary, Westminster, SW1. |
| 5  MR TOMLINSON: My Lord, before calling the next witness, | 5  Q. Could you look -- there should be a bundle there in |
| 6     I want to make sure how we're doing in timetabling terms | 6     front of you labelled "D", and then if you go to tab 3. |
| 7     because we've put Mr del Rosso off until tomorrow. The | 7     {D/3/1} -- |
| 8     position is that Mr King can only do tomorrow morning, | 8  A. Correct, yes, I have it, yes. |
| 9     Mr Leach can't do tomorrow morning and -- | 9  Q. -- that should be a document that says "Witness |
| 10 MR LORD: Sorry, my Lord, I'm eight minutes ahead of time or | 10    statement of Stuart Robert Page" on the first page. |
| 11    ten minutes which is unusual, so I've made a little bit | 11 A. Yes. |
| 12    of time. I would anticipate that I won't need more | 12 Q. Then if you turn to page {D/3/7}, is that your |
| 13    than -- I don't think I will need more than an hour with | 13    signature? |
| 14    Mr Leach and I would estimate roughly half a day -- it | 14 A. That is my signature, my Lord. |
| 15    might be longer -- with Mr Page. So I'm trying to | 15 Q. Are there any matters in that statement that you wish to |
| 16    finish both Mr Leach and Mr Page today. I hope to be | 16    correct or clarify, Mr Page? |
| 17    able to do that. But if my learned friend wants to call | 17 A. Yes, there are. |
| 18    Mr Leach first to be sure that he can get away today, | 18 Q. Do you want to indicate what they are? |
| 19    because Mr Page could come back tomorrow if required, | 19 A. In reference to my police service, which is on |
| 20    then that would be fine as far as we're concerned. But | 20    "Background" at 3, the date I left the police was 1978, |
| 21    I'm in your Lordship's hands and those of my learned | 21    not 1979 {D/3/2}. |
| 22    friend, of course, whose evidence he is calling. | 22 Q. Thank you. |
| 23 MR TOMLINSON: Unfortunately I don't have Mr Leach here at | 23 A. And there is a reference, my Lord, to the name of my |
| 24    the moment. | 24    company in Dubai. It's actually called "Page Group |
| 25    My Lord, the possibilities are I think that Mr Leach | 25    Middle East FZE". I think it's in the statement as |
| 49 | 51 |
| 1  is interposed in Mr Page's evidence at, say, 3.00, if my | 1  "SZE". |
| 2  friend thinks -- or 3.30 if my friend thinks he will be | 2     The other part of my statement, my Lord, is where |
| 3  an hour or that we put Mr Leach off till -- I think he | 3  I talk about reference to reviewing documents, but then |
| 4  can do tomorrow afternoon. | 4  I mention in my statement, my Lord, that I did not -- |
| 5  MR LORD: My Lord, I was expecting to deal with -- I spoke | 5  I'm not familiar with the name of Farhad Azima. |
| 6  to my learned friend about this yesterday -- I was | 6  Q. And what did you want to correct in relation to that, |
| 7  expecting to deal with Mr Page and Mr Leach today, so | 7  Mr Page? |
| 8  I would prefer to start with Mr Page, as planned, and | 8  A. Having been shown a report which was prepared by my |
| 9  interpose Mr Leach if necessary, but if I finish Mr Page | 9  firm, I'm now aware that I was -- should have been |
| 10 in time, with an hour to go, then we can just go on in | 10    familiar with that name. |
| 11 the normal way and he will be away this afternoon. | 11 Q. What report is that? |
| 12 JUDGE LENON: Let's carry on on that basis. | 12 A. It's a report which I was shown by the -- by |
| 13 MR TOMLINSON: If we revisit at the break in the afternoon. | 13    Stewarts Law. |
| 14 I'm certainly going to call Mr Page next. I just wanted | 14 Q. I'm sorry, Mr Page? |
| 15 to ensure what we were going to do about Mr Leach. | 15 A. Sorry, my Lord, I was asked to look at a document by |
| 16 JUDGE LENON: That's very helpful. Thank you. | 16    Stewarts Law and asked to confirm whether that was my |
| 17 MR TOMLINSON: So, my Lord, I call Mr Page. | 17    report or not. |
| 18          MR STUART ROBERT PAGE (sworn) | 18 Q. Can you be shown {H7/298} please? It is {H7/299}, the |
| 19       Examination-in-chief by MR TOMLINSON | 19    next page. Sorry. Is that the document you are |
| 20 MR TOMLINSON: Could you give the court your address, | 20    referring to? |
| 21    Mr Page? | 21 A. That is the document, my Lord. |
| 22 A. Number 14 -- sorry, my business address, your Honour, or | 22 Q. And sorry, Mr Page, what's your evidence about that |
| 23    my home address? | 23    document? |
| 24 Q. I think your home address is on the witness statement. | 24 A. Well, I was not -- when I prepared my witness statement, |
| 25 A. Right, number 14 -- | 25    my Lord, I was not -- did not recall that we submitted |
| 50 | 52 |



















-26-





























