UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20707-MC-MARTINEZ

FARHAD AZIMA,

    Applicant,

v.

INSIGHT ANALYSIS AND RESEARCH
LLC and SDC-GADOT,

    Respondent.
_____/

**ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)**

    **THIS CAUSE** came before the Court upon Petitioner Farhad Azima's Application for Order Pursuant to 28 U.S.C. § 1782(a) to Take Discovery from Respondents for use in proceedings pending in the United Kingdom ("Application"). (ECF No. 1). The Court has carefully considered the Application and supporting exhibits submitted on file. Accordingly, it is

    **ORDERED AND ADJUDGED** that:

    1.    The Application, (ECF No. 1), is **GRANTED**.

    2.    Petitioner is **GRANTED** leave to serve Insight Analysis and Research LLC and SDC-Gadot LLC with a subpoena for the production of documents and electronically stored information responsive to the categories of information and requests set forth in Exhibit H to the Application, (ECF No. 1-11), consistent with Rules 34 and 45 of the Federal Rules of Civil Procedure.

    3.    Respondents shall comply with such subpoenas in accordance with, and subject to, her rights under the Federal Rules of Civil Procedure and the Rules of this Court.

4. The Court retains jurisdiction over this matter for purposes of enforcing this Order.

5. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of March, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record