Beg n forwarded message:

> **From:** Am t For t <██████████>
> **Date:** Apr  26, 2022 at 09:03:37 EDT
> **To:** ██████████
> **Subject: Fwd: Insight Analysis and Research LLC and SDC-Gadot LLC**
>
>> התחל הודעה מועברת:
>>
>> **מאת:** Am t For t <██████████>
>> **תאריך:** 26 באפריל 2022 בשעה 08:19:34 GMT+3
>> **אל:** ██████████
>> **נושא: הועבר: Insight Analysis and Research LLC and SDC-Gadot LLC**
>>
>>> התחל הודעה מועברת:
>>>
>>> **מאת:** Sh mon <██████████>
>>> **תאריך:** 26 באפריל 2022 בשעה 03:49:37 GMT+3
>>> ██████████
>>> **עותק:** ██████████
>>> **נושא: הועבר: Insight Analysis and Research LLC and SDC-Gadot LLC**
>>>
>>> **Dear Mr For t**
>>>
>>> I am send ng th s as your reg stered agent for your US corporat ons. My prev ous ema  came back returned. I m staken y put the address  ncorrect y. I wrote ".com"  nstead of ".co"
>>>
>>> P ease see the attached regard ng the  awsu t fi ed aga nst  ns ght ana ys s and SDC-Gadot. P ease  et me know  f you'd  ke me to share your ema  w th the other attorneys so they may contact you d rect y.
>>>
>>> Regards
>>>
>>> Sh mon Go dberger
>>> SRSL Management Inc
>>> 3200 Co  ns Ave
>>> M am  Beach, FL 33140
>>>
>>> Sent from my  Phone p ease excuse any typograph ca  errors.
>>>
>>> Beg n forwarded message:
>>>
>>> **From:** "Herbert, Ian" <██████████>
>>> **Date:** Apr  7, 2022 at 3:23:54 PM EDT
>>> **To:** ██████████
>>> **Cc:** "Lee, Ca v n" <██████████>
>>> **Subject: Insight Analysis and Research LLC and SDC-Gadot LLC**
>>>
>>> Dear Mr. Go dberger,
>>>
>>> We represent Farhad Az ma  n the UK  awsu t sty ed *Farhad Azima -v- (1) RAKIA (2) David Neil Gerrard (3) Dechert LLP and (4) James Edward Deniston Buchanan* (C a m Number HC-2016-002798).  Thank you for tak ng the t me to ta k w th me and my co  eague, Ca v n Lee, regard ng the subpoenas you rece ved for Ins ght Ana ys s and Research LLC ("Ins ght") and SDC-Gadot LLC ("Gadot").  To prevent m sunderstand ngs  ater, we wr te to memor a ze our conversat on and fo  ow up on the  tems we d scussed.

In response to our serv ce of the subpoenas, you exp a ned that you needed to refresh your reco  ect on about these compan es, s nce you  n t a  y d d not reca  agree ng to serve as the r reg stered agent.  After do ng so, you reca  ed that  n 2017, your CPA Ar  Prop s asked you to serve as the reg stered agent for severa  compan es,  nc ud ng Ins ght and Gadot, and you agreed to do so.  A   of the compan es for wh ch you serve as reg stered agent were set up by Mr. Prop s.  Though you agreed to serve as reg stered agent, you had not been pa d pr or to rece v ng the above-reference subpoenas.  However, after you were served w th the subpoenas, Ins ght and Gadot pa d a   outstand ng fees, and you have now confirmed that you are the reg stered agent for both compan es.

You a so confirmed that you prov ded the subpoenas to Mr. Prop s and the author zed representat ves for Ins ght (A on Amr Gur av e) and Gadot (Am t For t).  As I ment oned on the ca  , the court a so author zed us to  ssue a subpoena for depos t ons, wh ch are attached to th s ema  .  You sa d that you wou d accept serv ce of the depos t on subpoenas by ema  .  We are seek ng the 30(b)(6) depos t ons of Ins ght and Gadot, and a depos t on of Mr. For  t  n M am  the week of May 2, 2022.

P ease confirm that you accept serv ce of these add t ona  subpoenas and w    prov de them to the author zed representat ves.  P ease a so  et me know  f my understand ng of the facts as descr bed above  s  ncorrect  n any way.

K nd regards,

Ian

### IAN A. HERBERT

Counsel | he/him/his | Miller & Chevalier Chartered
900 16th Street NW | Black Lives Matter Plaza | Washington, DC 20006
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 202.626.1496 | ▮▮▮▮▮▮▮▮▮▮

* * *

This electronic message contains information which may be legally confidential and/or privileged. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.


Notice of Deposi…ght.pdf


Notice of Deposi…dot.pdf


Notice of Deposi…rlit.pdf

N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| *In re:* Application Pursuant to 28 U.S.C.§ 1782 of<br><br>FARHAD AZIMA<br><br>      Petitioner,<br><br>v.<br><br>INSIGHT ANALYSIS AND RESEARCH LLC AND SDC-GADOT LLC<br><br>      Respondents, | No. 22-20707-MC-MARTINEZ |

**NOTICE OF DEPOSITION**

Please take notice that pursuant to Federal Rule of Civil Procedure 30 and Local Rule 26.1(h) on May 4, 2022, commencing at 10:00 AM, counsel for Petitioner, Farhad Azima, ("Azima") will take the deposition of Amit Forlit c/o Insight Research Analysis LLC and SDC-Gadot LLC at Carlton Fields, P.A., 700 NW 1st Avenue, Suite 1200, Miami FL 33136, or at such other time, date and place as my subsequently be agreed upon by parties. The deposition shall be taken before a person authorized to administer oaths and will be recorded by sound, video and/or stenographic means. The deposition will continue from day to day between the hours of 10:00 AM and 5:00 PM until completed. The deposition will be used for purposes of *Farhad Azima -v- (1) RAKIA (2) David Neil Gerrard (3) Dechert LLP and (4) James Edward Deniston Buchanan* (Claim Number: HC-2016-002798), as described in the Application for Order to Take Discovery Pursuant to 28 U.S.C. Section 1782. ECF No. 1.

Respectfully submitted,

Dated: April 7, 2022

/s/ *Michael S. Pasano*
Michael S. Pasano (FBN 475947)
Email: MPasano@carltonfields.com
Vanessa Singh Johannes (FBN 1028744)
E-mail: VJohannes@carltonfields.com
CARLTON FIELDS P.A.
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050

/s/ *Kirby D. Behre*
Kirby D. Behre (admitted *pro hac vice*)
MILLER & CHEVALIER CHARTERED
900 16th Street, NW
Washington, D.C. 20006
Telephone: (202) 626-5800
Fax: (202) 626-5801
Email: kbehre@milchev.com

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I caused a true and correct copy of the Notice of Deposition will be sent via e-mail to the following addresses:

INSIGHT ANALYSIS AND RESEARCH LLC
13727 SW 152 Street #715
Miami, Florida 33177
c/o Shimon Goldberg
Manager's Office
3200 Collins Ave.
Miami Beach, FL 33140
shimon@srslmanagement.com

SDC-GADOT LLC
3200 Collins Ave.
Suite L2
Miami Beach, Florida 33140
c/o Shimon Goldberg
Manager's Office
3200 Collins Ave.
Miami Beach, FL 33140
shimon@srslmanagement.com

                                                /s/ Michael S. Pasano
                                                Michael S. Pasano

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Farhad Azima *Plaintiff* | ) ) |
| v. | ) Civil Action No. 22-20707-MC-Martinez |
| Insight Analysis & Research LLC and SDC-GADOT LLC *Defendant* | ) ) ) |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Amit Forlit
c/o Shimon Goldberger, 3200 Collins Avenue c/o Manager's Office, Miami Beach, FL 33140

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Carlton Fields, P.A. 700 NW 1st Avenue, Suite 1200, Miami, FL 33136-4118 | Date and Time: 05/04/2022 10:00 am |
|---|---|

The deposition will be recorded by this method: video deposition

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 04/07/2022

| *CLERK OF COURT* | OR | /s/ Michael S. Pasano |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Petitioner, Farhad Azima, , who issues or requests this subpoena, are:

Michael S. Pasano, Carlton Fields, 2 MiamiCentral, 700 NW 1st Ave., Ste. 1200, Miami, FL 33136; 305.530.0050; mpasano@carltonfields.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 22-20707-MC-Martinez

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

**Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)**

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*

    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).