UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20707-MC-MARTINEZ-BECERRA

FARHAD AZIMA,

    Applicant,

v.

INSIGHT ANALYSIS AND RESEARCH LLC and SDC-GADOT,

    Respondent.

_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **JACQUELINE BECERRA** to take all necessary and proper action as required by law with respect to:

**All matters relating to Non-Party's Motion to Quash Subpoena and Service of Subpoena, and Motion for Protective Order, (ECF No. 7).**

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 22-20707-MC-MARTINEZ-BECERRA).

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of May, 2022.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record