IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: Application Pursuant to 28 U.S.C. 1782 of<br><br>FARHAD AZIMA<br><br>        Petitioner,<br>v.<br><br>INSIGHT ANALYSIS AND RESEARCH, LLC, and SDC-GADOT LLC,<br><br>        Respondents, | Case No.: 22-20707-MC-MARTINEZ |

## NON-PARTY'S NOTICE OF LIMITED APPERANCE OF COUNSEL:

Non-party, AMIT FORLIT, hereby provides notice that he has retained the undersigned counsel to appear in these proceedings on a limited basis solely to contest the issue of want of jurisdiction, insufficiency of process, insufficiency of service of process, and the Petitioner's non-compliance with 28 U.S.C. § 1782 prior to issuing a subpoena for a discovery deposition of the non-party, as set forth in the Motion to Quash and Motion for Protective Order filed concurrently herewith.  By filing this Notice and the subject Motion, non-party Movant does not consent to the jurisdiction of this Court or waive any challenges to want of jurisdiction or the other issues relating to insufficiency of process and service of process as set forth in the Movant's Motion.

In connection with any Response or other filing directed to the non-party's Motion, please ensure that the undersigned counsel is served via the following e-mail addresses (which are registered with the Southern District of Florida's CM/ECF system):

        Christopher S. Salivar, Esq.:        cssalivarattorney@gmail.com

Elan Baret, Esq.: elan@baretlawgroup.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of May, 2022, that a true and correct copy of the foregoing has been filed through the Court's CM/ECF-filing portal and that a true copy has been served through the portal upon all counsel of record in this action.

Respectfully submitted,

By: */s/ Christopher S. Salivar, Esq.*
Christopher S. Salivar, Esquire
Florida Bar No.: 57031
6576 Whispering Wind Way
Delray Beach, FL 33484
Tel: (561) 628-8908
Email: cssalivarattorney@gmail.com

By: */s/ Elan I. Baret, Esq.*
Elan I. Baret, Esquire
Florida Bar No.: 20676
3999 Sheridan Street, 2nd Floor
Hollywood, Florida 33021
Tel: (954) 486-9966
Facsimile: (954) 585-9196
Email: elan@baretlawgroup.com