# EXHIBIT A

Citibank CBO Services    041  
P.O. Box 6201  
Sioux Falls, SD 57117-6201

001/R1/04F016  
000  
CITIBANK, N. A.  
**Account**  
█████0977  
**Statement Period**  
Mar 1 - Mar 31, 2018  
**Relationship Manager**  
Citibusiness Service Center  
(877) 528-0990

Page 1  of  2

SDC-GADOT LLC  
13727 SW 152 ST Suite 649  
MIAMI                         FL 33177

## CitiBusiness® ACCOUNT AS OF MARCH 31, 2018

**Relationship Summary:**

| | |
|---|---:|
| **Checking** | $614,034.27 |
| Savings | ----- |
| Checking Plus | ----- |

### SERVICE CHARGE SUMMARY FROM FEBRUARY 1, 2018 THRU FEBRUARY 28, 2018

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---:|
| **STREAMLINED CHECKING #**█████**0977** | | | |
| Average Daily Collected Balance | | | $143,118.97 |
| **Total Charges for Services** | | | $0.00 |
| **Net Service Charge** | | | $0.00 |

### CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

█████0977

Beginning Balance: $141,719.46  
Ending Balance: $614,034.27

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 03/01 | SERVICE CHARGES<br>FEE FOR INTERNATIONAL FUNDS TRANSFER | 27.00 | | 141,692.46 |
| 03/01 | INT'L WIRE OUT<br>CBOL WIRE TO Aviram Hawk- Consultant #IL0903 | 30,000.00 | | 111,692.46 |
| 03/15 | FUNDS TRANSFER<br>WIRE FROM FLORID  A IP TELEC OM INC    Mar 15 | | 100,000.00 | 136,544.55 |
| 03/15 | FUNDS TRANSFER<br>WIRE FROM PAGE G  ROUP ME DM CC    Mar 15 | | 129,950.00 | 266,494.55 |

CONFIDENTIAL                                                                                       SDC-GADOT-CITI_00054

| | | | | 001/R1/04F016 |
|---|---|---|---|---|
| SDC-GADOT LLC | | Account ███████0977 | Page 2 of 2 | |
| | | Statement Period:  Mar 1 - Mar 31, 2018 | | |

## CHECKING ACTIVITY                                                                 Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/16 | FUNDS TRANSFER<br>WIRE FROM FLORID A IP TELEC OM INC     Mar 16 | | 200,000.00 | 466,494.55 |
| 03/23 | FUNDS TRANSFER<br>WIRE FROM OVERSE AS CONSULT ING LIMITED LLP Mar 23 | | 350,000.00 | 714,199.58 |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                              YOU CAN WRITE:

Checking                                           877-528-0990                                 CitiBusiness
                                                         (For Speech and Hearing            100 Citibank Drive
                                                         Impaired Customers Only            San Antonio, TX 78245-9966
                                                         TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

© 2018 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

CONFIDENTIAL                                                                                                                   SDC-GADOT-CITI_00055

Citibank CBO Services    041
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F016

000
CITIBANK, N. A.
**Account**
███████0977
**Statement Period**
Apr 1 - Apr 30, 2018
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990

SDC-GADOT LLC
13727 SW 152 ST Suite 649
MIAMI                  FL 33177

Page 1 of 3

## CitiBusiness® ACCOUNT AS OF APRIL 30, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$445,626.33** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM MARCH 1, 2018 THRU MARCH 31, 2018

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # ███████0977** | | | |
| Average Daily Collected Balance | | | $346,687.97 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
███████0977

**Beginning Balance:** $614,034.27
**Ending Balance:** $445,626.33

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|

[activity details redacted]

SDC-GADOT LLC                               Account          0977        Page 2 of 3           001/R1/04F016
                                            Statement Period: Apr 1 - Apr 30, 2018

## CHECKING ACTIVITY                                                                            Continued

| Date  | Description                                                | Debits | Credits    | Balance    |
|-------|------------------------------------------------------------|--------|------------|------------|
| 04/13 | FUNDS TRANSFER<br>WIRE FROM FLORID A IP TELEC OM INC  Apr 13 |        | 100,000.00 | 546,404.24 |
| 04/18 | FUNDS TRANSFER<br>WIRE FROM OVERSE AS CONSULT ING LLP  Apr 18 |        | 350,000.00 | 795,822.29 |

CONFIDENTIAL                                                                    SDC-GADOT-CITI_00057

| SDC-GADOT LLC | Account ████████0977 | Page 3 of 3 | 001/R1/04F016 |
|---|---|---|---|
| | Statement Period: Apr 1 - Apr 30, 2018 | | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990 | CitiBusiness |
| | (For Speech and Hearing | 100 Citibank Drive |
| | Impaired Customers Only | San Antonio, TX 78245-9966 |
| | TDD: 800-945-0258) | |

For change in address, call your account officer or visit your branch.

© 2018 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

CONFIDENTIAL

SDC-GADOT-CITI_00059

Citibank CBO Services    041
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F016

000
CITIBANK, N. A.
**Account**
█████0977
**Statement Period**
**May 1 - May 31, 2018**
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990

```
SDC-GADOT LLC
13727 SW 152 ST Suite 649
MIAMI                 FL 33177
```

Page 1 of 3

## CitiBusiness® ACCOUNT AS OF MAY 31, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $350,836.50 |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM APRIL 1, 2018 THRU APRIL 30, 2018

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** █████0977 | | | |
| Average Daily Collected Balance | | | $573,429.88 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
█████0977

| | | Beginning Balance: | $445,626.33 |
|---|---|---|---|
| | | Ending Balance: | $350,836.50 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|

[transaction details redacted]

CONFIDENTIAL                                                                      SDC-GADOT-CITI_00060

SDC-GADOT LLC                                  Account         0977      Page 2 of 3           001/R1/04F016
                                               Statement Period:  May 1 - May 31, 2018

## CHECKING ACTIVITY                                                                            Continued

| Date  | Description | Debits | Credits | Balance |
|-------|-------------|--------|---------|---------|
| 05/21 | FUNDS TRANSFER<br>WIRE FROM FLORID A IP TELEC OM INC    May 21 | | 100,000.00 | 145,174.64 |
| 05/21 | FUNDS TRANSFER<br>WIRE FROM PAGE G ROUP ME DM CC    May 21 | | 187,450.00 | 332,624.64 |
| 05/24 | FUNDS TRANSFER<br>WIRE FROM OVERSE AS CONSULT ING LLP    May 24 | | 350,000.00 | 553,813.98 |

CONFIDENTIAL                                                                      SDC-GADOT-CITI_00061

| | | | |
|---|---|---|---|
| SDC-GADOT LLC | Account ████████0977 | Page 3 of 3 | 001/R1/04F016 |
| | Statement Period: May 1 - May 31, 2018 | | |

## CHECKING ACTIVITY                                                                                                Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|



## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2018 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

CONFIDENTIAL

SDC-GADOT-CITI_00063

Citibank CBO Services    041
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F016

000
CITIBANK, N. A.
**Account**
████████0977
**Statement Period**
Jun 1 - Jun 30, 2018
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990

SDC-GADOT LLC
13727 SW 152 ST Suite 649
MIAMI                    FL 33177

Page 1 of 2

## CitiBusiness® ACCOUNT AS OF JUNE 30, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$488,561.56** |
| Savings | ----- |
| Checking Plus | ----- |

## SERVICE CHARGE SUMMARY FROM MAY 1, 2018 THRU MAY 31, 2018

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** ████0977 | | | |
| Average Daily Collected Balance | | | $238,101.48 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

████0977

Beginning Balance: $350,836.50
Ending Balance: $488,561.56

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/14 | FUNDS TRANSFER<br>WIRE FROM FLORID  A IP TELEC OM INC   Jun 14 | | 100,000.00 | 385,717.55 |
| 06/15 | FUNDS TRANSFER<br>WIRE FROM OVERSE  AS CONSULT ING LLP   Jun 15 | | 350,000.00 | 735,717.55 |

| | | | |
|---|---|---|---|
| SDC-GADOT LLC | Account ████0977 | Page 2 of 2 | 001/R1/04F016 |
| | Statement Period: Jun 1 - Jun 30, 2018 | | |

## CHECKING ACTIVITY                                                                                              Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2018 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.