# EXHIBIT B

Citibank CBO Services    041　　　　　　　　　　　　　　　　　　　　　　　　　　001/R1/04F016
P.O. Box 6201
Sioux Falls, SD 57117-6201

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CITIBANK, N. A.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Account**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　▮▮▮▮▮▮0977
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Statement Period**
　　　　　　　SDC-GADOT LLC　　　　　　　　　　　　　　　　　　　　　　Jun 1 - Jun 30, 2019
　　　　　　　13727 SW 152 ST Suite 649　　　　　　　　　　　　　　　　**Relationship Manager**
　　　　　　　MIAMI　　　　　　　　　　FL 33177　　　　　　　　　　　　Citibusiness Service Center
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(877) 528-0990

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 3

## CitiBusiness® ACCOUNT AS OF JUNE 30, 2019

**Relationship Summary:**

| | |
|---|---|
| **Checking** | $210,127.96 |
| Savings | ----- |
| Checking Plus | ----- |

### SERVICE CHARGE SUMMARY FROM MAY 1, 2019 THRU MAY 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # ▮▮▮▮▮0977** | | | |
| Average Daily Collected Balance | | | $134,996.78 |
| **Total Charges for Services** | | | $0.00 |
| **Net Service Charge** | | | $0.00 |

### CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
▮▮▮▮▮0977

Beginning Balance: $400,619.89
Ending Balance: $210,127.96

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| 06/03 | FUNDS TRN OUT<br>CBOL WIRE TO MMCO LLC T/A DON ROSEN IMPORTS | 39,996.00 | | 360,606.89 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| 06/13 | FUNDS TRANSFER<br>WIRE FROM PAGE G ROUP ME DM CC    Jun 13 | | 199,950.00 | 460,460.03 |

SDC-GADOT LLC						Account ▮▮▮▮▮▮0977		Page 2 of 3		001/R1/04F016
						Statement Period:  Jun 1 - Jun 30, 2019

**CHECKING ACTIVITY**											**Continued**

| Date | Description | Debits | Credits | Balance |



CONFIDENTIAL				SDC-GADOT-CITI_00091

SDC-GADOT LLC  Account 9145350977  Page 3 of 3  001/R1/04F016
Statement Period: Jun 1 - Jun 30, 2019

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990 <br> (For Speech and Hearing Impaired Customers Only TDD: 800-945-0258) | CitiBusiness <br> 100 Citibank Drive <br> San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

CONFIDENTIAL  SDC-GADOT-CITI_00092