# EXHIBIT C

Citibank CBO Services    041
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F016

000
CITIBANK, N. A.
**Account**
███████ 0977
**Statement Period**
Apr 1 - Apr 30, 2020
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990

Page 1 of 3

SDC-GADOT LLC
13727 SW 152 ST Suite 649
MIAMI                FL 33177

## CitiBusiness® ACCOUNT AS OF APRIL 30, 2020

**Relationship Summary:**

| | |
|---|---:|
| **Checking** | $189,268.16 |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM MARCH 1, 2020 THRU MARCH 31, 2020

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---:|
| **STREAMLINED CHECKING #** ███████ 0977 | | | |
| Average Daily Collected Balance | | | $59,419.18 |
| **Total Charges for Services** | | | $0.00 |
| **Net Service Charge** | | | $0.00 |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

███████ 0977

Beginning Balance: $181,885.29
Ending Balance: $189,268.16

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 04/03 | DEBIT CARD PURCH Card Ending in 6321<br>K2FW1ZS5       6321 Apr 03<br>SQ *LUIS GALVIS    North Miami B FL 20093 | 1,063.18 | | 180,822.11 |
| 04/06 | DEBIT CARD PURCH Card Ending in 6321<br>XRGJQNGW      6321 Apr 06<br>MIAMI BEACH BEAUTY SA MIAMI BEACH   FL 20094 | 167.98 | | 130,627.13 |

CONFIDENTIAL

SDC-GADOT-CITI_00114

SDC-GADOT LLC

Account ████████0977
Statement Period:  Apr 1 - Apr 30, 2020

Page 2 of 3

001/R1/04F016

## CHECKING ACTIVITY

**Continued**

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|

CONFIDENTIAL

SDC-GADOT-CITI_00115

| SDC-GADOT LLC | Account ▮▮▮▮0977 | Page 3 of 3 | 001/R1/04F016 |

Statement Period: Apr 1 - Apr 30, 2020

## CHECKING ACTIVITY                                                                Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/27 | FUNDS TRANSFER | | 159,935.00 | 190,176.75 |
| | WIRE FROM PAGE R ISK MANAGE MENT DMCC    Apr 27 | | | |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990 | CitiBusiness |
| | (For Speech and Hearing | 100 Citibank Drive |
| | Impaired Customers Only | San Antonio, TX 78245-9966 |
| | TDD: 800-945-0258) | |

For change in address, call your account officer or visit your branch.

© 2020 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.