# EXHIBIT D

| | |
|---|---|
| Citibank CBO Services    041<br>P.O. Box 6201<br>Sioux Falls, SD 57117-6201 | 001/R1/04F016<br>000<br>CITIBANK, N. A.<br>**Account**<br>███████0977<br>**Statement Period**<br>**May 1 - May 31, 2021**<br>**Relationship Manager**<br>Citibusiness Service Center<br>(877) 528-0990 |

SDC-GADOT LLC
13727 SW 152 ST Suite 649
MIAMI                       FL 33177

Page 1 of 2

## CitiBusiness® ACCOUNT AS OF MAY 31, 2021

**Relationship Summary:**

| | |
|---|---:|
| **Checking** | **$34,873.27** |
| Savings | ----- |
| Checking Plus | ----- |

### SERVICE CHARGE SUMMARY FROM APRIL 1, 2021 THRU APRIL 30, 2021

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---:|---:|---:|
| **STREAMLINED CHECKING #** ███████0977 | | | |
| Average Daily Collected Balance | | | $4,308.66 |
| DEPOSIT SERVICES | | | |
|    MONTHLY MAINTENANCE FEE | 1 | 15.0000 | 15.00 |
| **Total Charges for Services** | | | **$15.00** |
| **Net Service Charge** | | | **$15.00** |

Charges debited from account #███████0977

### CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

███████0977

| | | **Beginning Balance:** | $3,903.27 |
|---|---|---|---:|
| | | **Ending Balance:** | $34,873.27 |

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 05/10 | FUNDS TRANSFER<br>WIRE FROM GLOBAL   IMPACT SE RVICES LLC     May 10 | | 31,000.00 | 34,903.27 |
| | **Total Debits/Credits** | **30.00** | **31,000.00** | |