# EXHIBIT F

| | |
|---|---|
| **From:** | Ros, Mario [PBW-GWM] |
| **To:** | "AMIT@GADOT.CO" |
| **Subject:** | Citibank |
| **Date:** | Saturday, September 7, 2019 10:27:32 AM |
| **Attachments:** | image002.png |

Good morning Ms. Forlit,

My name is Mario Ros, I am a Priority relationship manager from the Citibank Branch located at 2001 Biscayne Blvd. I was reviewing the inflows/outflows report today and noticed that your business got funds wired in, and did not wanted you to miss out the opportunity to get benefit from it. As of right now there is a promotional offer for business-saving accounts funded with new to bank money (50k+), which yield an interest of 2% for 6 months. The money would not be locked, so you could use it if needed, and as long the balance in the account is above 50k you will be earning that interest. I believe this is the most competitive product that the Bank is offering right now, please let me know if you need something to be clarified.
Thanks so much for being such a valuable client, sincerely,

*Being the Best – Two years running!*
*The same goal: Improving the banking experience for everyone.*



For more information about Kiplinger's award

***Mario E Ros***
***Personal Banker***
***2001 Biscayne Blvd., Miami, FL 33137***
***NMLS: 1845941***
***Phone: (305)572-1699***
***Email: Mario.ros@citi.com***



**LINK:** Schedule an Appointment

**Confidentiality Notice: This E-mail message, including attachments, if any, is intended only for the person or entity to which it is addressed, and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply E-mail and destroy all copies of the original message.**

**About This Message: This customer service e-mail is in response to your e-mail inquiry about your retail banking relationship. Should you wish to reply, please do not include your account number or any other personally identifiable information of a sensitive or confidential nature as e-mail is not a secure method of communication. For inquiries about Citibank marketing offers and other promotional matters, kindly call me or visit the financial center.**