✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     Florida

Farhad Azima

V.

Insight A-R. and SDC-Gadot

**EXHIBIT AND WITNESS LIST**

Case Number: 22-mc-20707-JEM/Becerra

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| U.S. Magistrate Judge Becerra | Vanessa Johannes; Michael Pasano | Christopher Salivar (for Amit Forlit) |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Hearing: June 6, 2022 at 9:00 AM | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | | | | Relevant cases and statutory authority (re: personal jurisdiction and the long-arm statute) |
| B | | | | | Insight Analysis & Research's Articles of Incorporation (2017) and Annual Reports (2018 - 2022) |
| C | | | | | SDC-Gadot's Articles of Incorporation (2017) and Annual Reports (2018 - 2022) |
| D | | | | | 07-01-2022 Affidavit of Stuart Page (re: pending United Kingdom litigation) |
| E | | | | | Invoices from Insight Analysis & Research and SDC-Gadot to Stuart Page for services rendered |
| F | | | | | Amit Forlit's Confidential Background Report (redacted version to be provided for docketing) |
| G | | | | | Subpoenaed and relevant financial records for SDC-Gadot's Citibank bank account |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages