UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:22-mc-20707-JEM/JB

FARHAD AZIMA,

    Applicant,

v.

INSIGHT ANALYSIS AND RESEARCH LLC and SDC-GADOT,

    Respondent.

_____/

**ORDER**

    **THIS CAUSE** came before the Court on Non-Party's Motion to Quash Subpoena and Service of Subpoena, and Motion for Protective Order (the "Motion to Quash"), ECF No. [7], and Petitioner's Cross Motion to Compel Document Production and Rule 30(b)(6) Deposition Testimony from Respondents (the "Cross Motion to Compel"), ECF No. [14]. This Order memorializes the Court's ruling as follows:

(1) The Cross Motion to Compel is hereby **GRANTED**. Respondents were properly served and have elected not to appear for deposition. For the reasons stated at the hearing, Respondents are hereby **ORDERED** to provide its corporate representative(s) to appear for a deposition and produce documents as requested by the subpoenas.

(2) The deposition of the representative for Respondent Insight Analysis and Research LLC will be on **Wednesday, June 15, 2022**, at **10:00 a.m.,** and the deposition of the representative for Respondent SDC-Gadot LLC will be on **Wednesday, June 15, 2022**, at **2:00 p.m.**

(3) Respondents' failure to attend the deposition and/or otherwise comply with the subpoenas that have been served could result in **SANCTIONS** under Rule 37 of the Federal Rules of Civil Procedure.

(4) Should Respondents fail to comply with this Order, Petitioner shall email Chambers to set the matter for hearing no later than June 20, 2022, and may file a motion of no more than **5 pages** regarding what sanctions should be imposed for Respondent's failure to comply with this Court's Order.

(5) The Motion to Quash is hereby **GRANTED**, without prejudice to Petitioner submitting an amended application for leave to subpoena Mr. Forlit pursuant to 28 U.S.C. § 1782 by **Friday, June 10, 2022**. Any response shall be filed by **Friday, June 17, 2022**, and any reply shall be filed by **Tuesday, June 21, 2022**. The Court will then set the matter for hearing within a week of the filing of the Reply.

**DONE AND SUBMITTED** in Chambers at Miami, Florida, on June 8, 2022.

_____
**JACQUELINE BECERRA**
**United States Magistrate Judge**