# INSIGHT ANALYSIS AND RESEARCH LLC

13727 SW 152 STREET # 715

MIAMI FLORIDA 33177

**INVOICE 1028**

DATE : 16-OCTOBER-2018

### Bill to

Page Group ME Ltd

Level 28, Al Habtoor Businnes Tower

Dubai Marina, Dubai UAE

| Description | Amount |
|---|---|
| Beach project for September 2018 | $250,000 |
| According to agreement | |

**Total 250,000 USD**

Please wire all payments to :

Bank Of America

Account holder : Insight Analysis and Research

Account # 898093376319

Routing # 026009593

Swift : BOFAUS3N

# INVOICE 1019

**SDC-GADOT LLC**

3200 Collins Ave.                                                      DATE : 06-NOVEMBER-2018

Suite L2

MIAMI BEACH, FLORIDA 33140

USA

**Bill to**

PAGE GROUP ME LTD

Level 28 ,Al Habtoor Businnes Tower

Dubai Marina, Dubai UAE

| Description | Amount |
|---|---|
| Beach project for October 2018 | $270,000 |
| According to agreement | |

Total    $ 270,000

**Please wire to :**
**Bank Details – JP MORGAN CHASE BANK**
**Account holder : SDC-GADOT LLC**
**Account # 287136755**
**Routing # 02100021**
**Swift : CHASU33**

**INSIGHT ANALYSIS AND RESEARCH LLC**  **INVOICE  1029**

13727 SW 152 STREET # 715                                              DATE : 07-DECEMBER-2018

MIAMI  FLORIDA 33177

**Bill to**

Page Group ME Ltd

Level 28, Al Habtoor Businnes Tower

Dubai Marina, Dubai UAE

| Description | Amount |
|---|---|
| Beach  project  for November 2018 | $290,000 |
| According to agreement | |

**Total   290,000 USD**

Please wire all payments to :

Bank Of America

 Account holder : Insight Analysis and Research

Account # 898093376319

Routing # 026009593

Swift : BOFAUS3N

## INSIGHT ANALYSIS AND RESEARCH LLC

13727 SW 152 STREET # 715

MIAMI FLORIDA 33177

**INVOICE 1030**

DATE : 25-JANUARY-2019

### Bill to

Page Group ME Ltd

Level 28, Al Habtoor Businnes Tower

Dubai Marina, Dubai UAE

| Description | Amount |
|---|---|
| Beach project for DECEMBER 2018 | $260,000 |
| According to agreement | |

**Total   260,000 USD**

Please wire all payments to :

Bank Of America

Account holder : Insight Analysis and Research

Account # 898093376319

Routing # 026009593

Swift : BOFAUS3N

## INVOICE 1033

**INSIGHT ANALYSIS AND RESEARCH LLC**  **DATE: 10-APRIL-2019**

13727 SW 152 STREET # 715

MIAMI FLORIDA 33177

**Bill to**

Page Group ME Ltd

Level 28, Al Habtoor Businnes

Tower

Dubai Marina, Dubai UAE

| Description | Amount |
|---|---|
| Beach project for March 2019 | $250,000 |
| According to agreement | |

**Total  250,000 USD**

Please wire all payments to :

Bank Of America

 Account holder : Insight Analysis and Research

Account # 898093376319

Routing # 026009593

Swift : BOFAUS3N

# INVOICE 1024

**SDC-GADOT LLC**

DATE : 14-MAY-2019

3200 Collins Ave.

Suite L2

MIAMI BEACH, FLORIDA 33140

USA

**Bill to**

PAGE GROUP ME LTD

Level 28 ,Al Habtoor Businnes Tower

Dubai Marina, Dubai UAE

| Description | Amount |
|---|---|
| BEACH PROJECT FOR APRIL | $100,000 |
| According to agreement | |

**Total**    **$ 100,000**

Please wire to :
Bank Details – JP MORGAN CHASE BANK
Account holder : SDC-GADOT LLC
Account # 287136755
Routing # 02100021
Swift : CHASU33



# INSIGHT
ANALYSIS & RESEARCH LLC

# INVOICE

13727 SW 152 st. unit 715
Miami, FL
33177
USA

| INVOICE # | DATE |
|---|---|
| 1035 | MAY-14th-2019 |

**BILL TO**

**Page Group Me LTD.**

**Level 28 , AL Habtoor Businnes tower**

**Dubai Marina**

**DUBAI UAE**

| DESCRIPTION | AMOUNT |
|---|---|
| Project Title :<br><br>BEACH – CHARGE OF APRIL 2019 | 200,000 USD |
| *Thank you for your business!* | **TOTAL**    $ 200,000 |

If you have any questions about this invoice, please contact
Our accounting department accounting@insight-aar.co

Please wire all payments to:

Bank of America

Account holder : INSIGHT ANALYSIS AND RESEARCH LLC

Account: # 898093376319

Routing: #026009593

Swift : BOFAUS3N

*INSIGHT*
*Analysis And Research LLC*
*13727 SW 152 Str unit 715*
*MIAMI, FL 33177*

Scanned with CamScanner

# SDC-GADOT LLC
## INVOICE 1024

MAY- 14th -2019

210w 89th st.
NEW YORK, NY
USA 10024

**PAGE GROUP ME LTD**
**LEVEL 28 , AL HABTOOR BUSINNES TOWER**
**DUBAI MARINA**
**DUBAI UAE**

**BALANCE DUE**
Upon Receipt

**$100,000**

| Description | Quantity | Price Per | Total |
|---|---|---|---|
| BEACH PROJECT FOR APRIL | | | USD 100,000 |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $100,000 |

**Please wire to:**
Bank Details : **CITI BANK**
Account holder : **SDC - GADOT LLC**
Account : **#9145350977**
Routing : **#266086554**
Swift : **CITI US 33**





SAFE DATA CONTROL

Scanned with CamScanner



Insight Analysis & Research LLC

## INVOICE 1036

**INSIGHT ANALYSIS AND RESEARCH LLC**  DATE: 17-JUNE-2019

13727 SW 152 STREET # 517
MIAMI
FLORIDA 33177
USA

**Bill to**

Page Group ME Ltd
Al Habtoor Business Tower
Level 28
Dubai Marina,
Dubai UAE

====================================================================================
US DOLLARS

Management Consultancy - Professional Services re: Project Beech RAK –
MAY 2019                                                                                                                    $280,000

According to agreement

**Total: $ 280,000 USD**

====================================================================================

Please wire all payments to:

Bank of America

Account Holder: Insight Analysis and Research
Account # 898093376319
Routing # 026009593
Swift: BOFAUS3N



# INVOICE

13727 SW 152 st. unit 715
Miami, FL
33177
USA

| INVOICE # | DATE |
|---|---|
| 1038 | 14-JULY-2019 |

**BILL TO**
Page Group Me LTD.
Level 28 , AL Habtoor Businnes tower
Dubai Marina
DUBAI UAE

| DESCRIPTION | AMOUNT |
|---|---|
| Project Title :<br><br>BEACH –  CHARGE FOR JUNE 2019 | 300,000 USD |
| Thank you for your business! | **TOTAL**    $ 300,000 |

If you have any questions about this invoice, please contact
Our accounting department accounting@insight-aar.co

Please wire all payments to:

Bank of America

Account holder : INSIGHT ANALYSIS AND RESEARCH LLC

Account: # 898093376319

Routing: #026009593

Swift : BOFAUS3N

Scanned with CamScanner


**INSIGHT**
ANALYSIS & RESEARCH LLC

# INVOICE

13727 SW 152 st. unit 715
Miami, FL
33177
USA

| INVOICE # | DATE |
|---|---|
| 1038 | 12-AUGUST-2019 |

**BILL TO**
Page Group Me LTD.
Level 28 , AL Habtoor Businnes tower
Dubai Marina
DUBAI UAE

| DESCRIPTION | AMOUNT |
|---|---|
| Project Title : <br><br> BEACH - CHARGE OF JULY 2019 | 250,000 USD |
| Thank you for your business! | **TOTAL** $ 250,000 |

If you have any questions about this invoice, please contact
Our accounting department accounting@insight-aar.co

Please wire all payments to:

Bank of America

Account holder : INSIGHT ANALYSIS AND RESEARCH LLC

Account: # 898093376319

Routing: #026009593

Swift : BOFAUS3N

INSIGHT
Analysis And Reasearch LLC
13727 SW 152 Str unit 715
.MIAMI ; FL 33177

Scanned with CamScanner



# INSIGHT
ANALYSIS & RESEARCH LLC

# INVOICE

13727 SW 152 st. unit 715
Miami, FL
33177
USA

| INVOICE # | DATE |
|---|---|
| 1039 | 04-SEPTEMBER-2019 |

**BILL TO**

**Page Group Me LTD.**

**Level 28 , AL Habtoor Businnes tower**

**Dubai Marina**

**DUBAI UAE**

| DESCRIPTION | AMOUNT |
|---|---|
| **Project Title :**<br><br>BEACH -  CHARGE FOR AUGUST  2019 | 250,000 USD |
| *Thank you for your business!* **TOTAL** | **$ 250,000** |

If you have any questions about this invoice, please contact
Our accounting department accounting@insight-aar.co

Please wire all payments to:

Bank of America

Account holder : INSIGHT ANALYSIS AND RESEARCH LLC

Account: # 898093376319

Routing:  #026009593

Swift : BOFAUS3N



# INVOICE

13727 SW 152 st. unit 715
Miami, FL
33177
USA

| INVOICE # | DATE |
|---|---|
| 1039 | 28-OCTOBER-2019 |

**BILL TO**

**Page Group Me LTD.**

**Level 28 , AL Habtoor Businnes tower**

**Dubai Marina**

**DUBAI UAE**

| DESCRIPTION | AMOUNT |
|---|---|
| **Project Title :**<br><br>BEACH - CHARGE OF SEPTEMBER 2019 | 255,000 USD |
| *Thank you for your business!* **TOTAL** | $ 255,000 |

If you have any questions about this invoice, please contact
Our accounting department accounting@insight-aar.co

Please wire all payments to:

Bank of America

Account holder : INSIGHT ANALYSIS AND RESEARCH LLC

Account: # 898093376319

Routing: #026009593

Swift : BOFAUS3N



# INVOICE

13727 SW 152 st. unit 715
Miami, FL
33177
USA

| INVOICE # | DATE |
|---|---|
| 1040 | 29-NOVEMBER-2019 |

**BILL TO**

PGME
UNIT 166
DMCC BUSINESS CENTRE
LEVEL NO. 5
JEWELLERY & GEMPLEX 2
DUBAI UAE

| DESCRIPTION | AMOUNT |
|---|---|
| **Project Title :**<br><br>BEACH - CHARGE FOR OCTOBER 2019 | 273,000 USD |
| Thank you for your business! | **TOTAL** $ 273,000 |

If you have any questions about this invoice, please contact
Our accounting department accounting@insight-aar.co

Please wire all payments to:

Bank of America

Account holder : INSIGHT ANALYSIS AND RESEARCH LLC

Account: # 898093376319

Routing: #026009593

Swift : BOFAUS3N



# INVOICE

13727 SW 152 st. unit 715
Miami, FL
33177
USA

| INVOICE # | DATE |
|---|---|
| 1041 | 31-DECEMBER-2019 |

**BILL TO**

PGME
UNIT 166
DMCC BUSINESS CENTRE
LEVEL NO. 5
JEWELLERY & GEMPLEX 2
DUBAI UAE

| DESCRIPTION | AMOUNT |
|---|---|
| Project Title : <br><br> BEACH - CHARGE FOR NOVEMBER 2019 | 232,500 USD |
| *Thank you for your business!* | **TOTAL** $ 232,500 |

If you have any questions about this invoice, please contact
Our accounting department accounting@insight-aar.co

Please wire all payments to:

Bank of America

Account holder : INSIGHT ANALYSIS AND RESEARCH LLC

Account: # 898093376319

Routing: #026009593

Swift : BOFAUS3N

# SDC-GADOT LLC
### INVOICE 1028

January 10th, 2020

210w 89th st.
NEW YORK, NY
USA 10024

**PAGE GROUP ME LTD**
**LEVEL 28 , AL HABTOOR BUSINNES TOWER**
**DUBAI MARINA**
**DUBAI UAE**

**BALANCE DUE**
Upon Receipt

# $143,500

| Description | Quantity | Price Per | Total |
|---|---|---|---|
| BEACH PROJECT FOR DECEMBER 2019 | | | USD 143,500 |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $143,500 |

**Please wire to**:
Bank Details : **CITI BANK**
Account holder : **SDC - GADOT LLC**
Account : **#9145350977**
Routing : **#266086554**
Swift : **CITI US 33**



SAFE DATA CONTROL



# INVOICE

13727 SW 152 st. unit 715
Miami, FL
33177
USA

| INVOICE # | DATE |
|---|---|
| 1042 | 09-JANUARY-2020 |

**BILL TO**

**PGME**
**UNIT 166**
**DMCC BUSINESS CENTRE**
**LEVEL NO. 5**
**JEWELLERY & GEMPLEX 2**
**DUBAI UAE**

| DESCRIPTION | AMOUNT |
|---|---|
| Project Title :<br><br>BEACH - CHARGE FOR DECEMBER 2019 | 150,000 USD |
| *Thank you for your business!* | **TOTAL** $ 150,000 |

If you have any questions about this invoice, please contact
Our accounting department accounting@insight-aar.co

Please wire all payments to:

Bank of America

Account holder : INSIGHT ANALYSIS AND RESEARCH LLC

Account: # 898093376319

Routing: #026009593

Swift : BOFAUS3N