# Electronic Articles of Organization For Florida Limited Liability Company

L17000216265
FILED 8:00 AM
October 18, 2017
Sec. Of State
cmwood

## Article I

The name of the Limited Liability Company is:

SDC-GADOT LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

13727 SW 152 STREET
UNIT 649
MIAMI, FL. US  33177

The mailing address of the Limited Liability Company is:

13727 SW 152 STREET
UNIT 649
MIAMI, FL. US  33177

## Article III

The name and Florida street address of the registered agent is:

SRSL MANAGEMENT, INC
4101 PINE TREE DRIVE
UNIT 1530
MIAMI BEACH, FL.   33140

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   SHIMON GOLDBERGER

## Article IV

The name and address of person(s) authorized to manage LLC:

   Title: AMBR
   AMIT FORLIT
   5-A HABARZEL STREET
   TEL AVIV, IL.   6971002  IL

L17000216265
FILED 8:00 AM
October 18, 2017
Sec. Of State
cmwood

## Article V

The effective date for this Limited Liability Company shall be:

   10/18/2017

Signature of member or an authorized representative

Electronic Signature: AMIT FORLIT

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L17000216265

**Entity Name:** SDC-GADOT LLC

**FILED**
**Apr 29, 2018**
**Secretary of State**
**CC5240743201**

**Current Principal Place of Business:**

W 210 89TH STREET
APT. 1K
NYC, NY 10024

**Current Mailing Address:**

W 210 89TH STREET
APT K1
NYC, NY 10024 US

**FEI Number:** 82-3210076

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SRSL MANAGEMENT, INC
4101 PINE TREE DRIVE
UNIT 1530
MIAMI BEACH, FL 33140 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent          Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | FORLIT, AMIT |
| Address | 5-A HABARZEL STREET |
| City-State-Zip: | TEL AVIV IL 69710-02 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: AMIT FORLIT                    CEO                    04/29/2018

Electronic Signature of Signing Authorized Person(s) Detail          Date

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000216265

**Entity Name:** SDC-GADOT LLC

**FILED**
**Jan 21, 2019**
**Secretary of State**
**0155973007CC**

**Current Principal Place of Business:**

W 210 89TH STREET
APT.1K
NYC, NY 10024

**Current Mailing Address:**

W 210 89TH STREET
APT K1
NYC, NY 10024 US

**FEI Number:** 82-3210076

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SRSL MANAGEMENT, INC
4101 PINE TREE DRIVE
UNIT 1530
MIAMI BEACH, FL 33140 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                 Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | FORLIT, AMIT |
| Address | 5-A HABARZEL STREET |
| City-State-Zip: | TEL AVIV IL 69710-02 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: AMIT FORLIT                                    OWNER                                    01/21/2019

Electronic Signature of Signing Authorized Person(s) Detail                                                                 Date

**2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000216265

**Entity Name:** SDC-GADOT LLC

**FILED**
**Apr 11, 2020**
**Secretary of State**
**3318882098CC**

**Current Principal Place of Business:**

W 210 89TH STREET
 APT. 1K
NYC, NY 10024

**Current Mailing Address:**

W 210 89TH STREET
 APT K1
NYC, NY 10024 US

**FEI Number:** 82-3210076

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SRSL MANAGEMENT, INC
4101 PINE TREE DRIVE
UNIT 1530
MIAMI BEACH, FL 33140 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                                                                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | FORLIT, AMIT |
| Address | 5-A HABARZEL STREET |
| City-State-Zip: | TEL AVIV IL 69710-02 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: AMIT FORLIT                                          MR.                                                    04/11/2020

Electronic Signature of Signing Authorized Person(s) Detail                                                                                Date

# 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L17000216265

**Entity Name:** SDC-GADOT LLC

**FILED**
**Feb 03, 2021**
**Secretary of State**
**9570101957CC**

**Current Principal Place of Business:**

W 210 89TH STREET
APT. 1K
NYC, NY 10024

**Current Mailing Address:**

W 210 89TH STREET
APT K1
NYC, NY 10024 US

**FEI Number:** 82-3210076

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SRSL MANAGEMENT, INC
4101 PINE TREE DRIVE
UNIT 1530
MIAMI BEACH, FL 33140 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                Date

**Authorized Person(s) Detail:**

| | |
|---|---|
| Title | AMBR |
| Name | FORLIT, AMIT |
| Address | 5-A HABARZEL STREET |
| City-State-Zip: | TEL AVIV IL 69710-02 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FORLIT, AMIT                    FORLIT AMIT                    02/03/2021

Electronic Signature of Signing Authorized Person(s) Detail            Date

**2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L17000216265

**Entity Name:** SDC-GADOT LLC

**FILED**
**Jan 27, 2022**
**Secretary of State**
**3427915055CC**

**Current Principal Place of Business:**

W 210 89TH STREET
APT.1K
NYC, NY 10024

**Current Mailing Address:**

W 210 89TH STREET
APT K1
NYC, NY 10024 US

**FEI Number:** 82-3210076

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SRSL MANAGEMENT, INC
4101 PINE TREE DRIVE
UNIT 1530
MIAMI BEACH, FL 33140 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                         Date

**Authorized Person(s) Detail:**

| | |
|---|---|
| Title | AMBR |
| Name | FORLIT, AMIT |
| Address | 5-A HABARZEL STREET |
| City-State-Zip: | TEL AVIV IL 69710-02 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FORLIT, AMIT                              MANAGER                            01/27/2022

Electronic Signature of Signing Authorized Person(s) Detail                                                                Date