IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: Application Pursuant to 28 U.S.C. 1782 of<br><br>FARHAD AZIMA<br><br>       Petitioner,<br>v.<br><br>INSIGHT ANALYSIS AND RESEARCH, LLC, and SDC-GADOT LLC,<br><br>       Respondents, | Case No.: 22-20707-MC-MARTINEZ |

## NOTICE OF SERVICE OF RESPONDENT, INSIGHT ANALYSIS AND RESEARCH, LLC'S RESPONSE TO PETITIONER'S SUBPOENA FOR PRODUCTION OF DOCUMENTS DATED MARCH 11, 2022

Respondent, INSIGHT ANALYSIS AND RESEARCH, LLC, hereby provides Notice of the Service of its responses to Petitioner's Subpoena for Production of Documents dated March 11, 2022, on this 14th day of June, 2022, in the form as follows in the attachment hereto.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of June, 2022, that a true and correct copy of the foregoing has been filed through the Court's CM/ECF-filing portal and that a true copy has been served through the portal upon all counsel of record in this action.

Respectfully submitted,

By: */s/ Christopher S. Salivar, Esq.*
Christopher S. Salivar, Esquire
Florida Bar No.: 57031
6576 Whispering Wind Way
Delray Beach, FL 33484
Tel: (561) 628-8908
Email: cssalivarattorney@gmail.com

By: */s/ Elan I. Baret, Esq.*
Elan I. Baret, Esquire
Florida Bar No.: 20676
3999 Sheridan Street, 2nd Floor
Hollywood, Florida 33021
Tel: (954) 486-9966
Facsimile: (954) 585-9196
Email: elan@baretlawgroup.com