**EXHIBIT "2"**

Serial No. 31/22

Form No. 1

## AUTHENTICATION OF SIGNATURE

I, the undersigned, Udi Yehuda Weisbaum Notary holding license no. 2105126, hereby certify that on May 12, 2022 appeared before me at My Office at 31 Habarzel St. Tel-Aviv, Mr. Amit Forlit,

☐ who is known to me personally

☒ whose identity has been proven to me by Israeli Passport number ▇▇▇6174 issued on January 15, 2020

And I am convinced that the person standing before me understood fully the significance of the action and voluntarily signed the attached document marked with the letter "A"

In witness whereof, I hereby authenticate the signature of Mr. Amit Forlit by my own signature and seal this day May 12, 2022.

Notary fee 198 NIS

Signature

Notary's Seal

מספר סידורי 31/22

טופס מס׳ 1

אימות חתימה

אני החתום מטה אודי יהודה ויסבאום נוטריון בעל רישיון מספר 2105126 מאשר כי ביום 12.5.2022 ניצב לפני במשרדי ברחוב הברזל 31 בתל אביב מר עמית פורליט

☐ המוכר/ת לי באופן אישי

☒ שזהותו הוכחה לי על פי דרכון ישראלי מספר 6174▇▇▇ שהונפק ביום 15.1.2020

ושוכנעתי כי הניצב בפני הבין הבנה מלאה את משמעות הפעולה וחתם מרצונו החופשי על המסמך המצורף והמסומן באות "A"

לראיה אני מאמת את חתימתו של מר עמית פורליט בחתימת ידי ובחותמי, היום 12.5.2022.

שכר נוטריון 198 שקלים חדשים.

חתימה

חותם הנוטריון

**AFFIDAVIT OF AMIT FORLIT**



_____ )
                    )
_____ )
                    )

BEFORE ME, the undersigned authority, this day personally appeared, AMIT FORLIT, who, after first being duly sworn, deposes and says as follows:

1. I, Amit Forlit, am over the age of 18, I am competent to make this affidavit, and I make this affidavit based on my personal knowledge.

2. I do not reside in the State of Florida, and I do not reside in the United States.

3. Though SDC-GADOT, LLC was formed in 2017 as a Florida company, it has not conducted business in the State of Florida. And I never conducted any business on behalf of the company in the State of Florida. In fact, though the entity has remained active, it has not conducted any business in years.

**Further Affiant Sayeth Naught Sworn.**

Dated: May 12, 2022.

_____
AMIT FORLIT

SWORN TO AND SUBSCRIBED before me this <u>12</u> day of May 2022, by AMIT FORLIT, ~~who is personally known to me ( )~~ / who has produced a valid identification card for purposes of identification ( ).

Udi Yehuda Weisbaum
Notary Public

_____
Udi Yehuda Weisbaum



**STATE OF ISRAEL** / מדינת ישראל
PASSPORT / דרכון

Type / סוג: P
Code of state / סמל המדינה: ISR
Passport No. / מס׳ דרכון: ▇6174

Surname / שם משפחה: FORLIT / פורליט
Given name / שם פרטי: AMIT / עמית
Nationality / אזרחות: ISRAELI / ישראלית
Date of birth / תאריך לידה: ▇▇1967
I.D. No. / מס׳ זהות: ▇119-8
Sex / מין: M / ז
Place of birth / מקום לידה: ISRAEL / ישראל
Date of issue / תאריך הוצאה: 15/01/2020
Date of expiry / תאריך פקיעת תוקף: 14/01/2030
Authority / I.C. Passport at: JERUSALEM
סמכות - ממונה דרכונים ב: ירושלים

P<ISRFORLIT<<AMIT<<<<<<<<<<<<<<<<<<<<<<<<<<<
▇6174<▇▇▇▇▇1450<▇2119<8<<<38

*Notary seal: UDI YEHUDA WEISBAUM / אודי יהודה וייסבאום*

Serial No. 49/22  
Form No. 1

## AUTHENTICATION OF SIGNATURE

I, the undersigned, Udi Yehuda Weisbaum Notary holding license no. 2105126, hereby certify that on June 1, 2022 appeared before me at My Office at 31 Habarzel St. Tel-Aviv, Mr. Amit Forlit,

☐ who is known to me personally

☒ whose identity has been proven to me by Israeli Passport number ▇▇▇6174 issued on January 15, 2020

And I am convinced that the person standing before me understood fully the significance of the action and voluntarily signed the attached document marked with the letter "A"

In witness whereof, I hereby authenticate the signature of Mr. Amit Forlit by my own signature and seal this day June 1, 2022.

Notary fee 198 NIS

Signature

מספר סידורי 49/22  
טופס מס' 1

אימות חתימה

אני החתום מטה אודי יהודה ויסבאום נוטריון בעל רישיון מספר 2105126 מאשר כי ביום 1.6.2022 ניצב לפני במשרדי ברחוב הברזל 31 בתל אביב מר עמית פורליט

☐ המוכר/ת לי באופן אישי

☒ שזהותו הוכחה לי על פי דרכון ישראלי מספר ▇▇▇6174 שהונפק ביום 15.1.2020

ושוכנעתי כי הניצב בפני הבין הבנה מלאה את משמעות הפעולה וחתם מרצונו החופשי על המסמך המצורף והמסומן באות "A"

לראיה אני מאמת את חתימתו של מר עמית פורליט בחתימת ידי ובחותמי, היום 1.6.2022.

שכר נוטריון 198 שקלים חדשים.

חתימה

חותם הנוטריון

## AFFIDAVIT OF AMIT FORLIT

BEFORE ME, the undersigned authority, this day personally appeared, AMIT FORLIT, who, after first being duly sworn, deposes and says as follows:

1. I, Amit Forlit, am over the age of 18, I am competent to make this affidavit, and I make this affidavit based on my personal knowledge.

2. I am not a citizen of the United States, and I do not hold a green card.

3. I have not been to the State of Florida since 2017, and the last time I was in the United States at all was in 2019. I currently have no plans to travel to the United States, or the State of Florida, for any reason.

4. I have never performed work for any person or entity in the State of Florida, do not currently work in the State of Florida, and do not intend in the future to perform work in the State of Florida.

5. SDC-GADOT, LLC, for which I am identified as a Member, has no employees, and conducts no business.

6. I am not a hacker. I am offended at the false accusations made by Stuart Page and Dominic Holden claiming that I am a hacker. I am an investigator, and I was hired by Stuart Page to run intelligence gathering services using solely legal methods that included HUMINT, open source and database searches, running physical surveillance, and purchasing dumped information found on online databases and servers. "Hacking" was never even suggested by Stuart Page, and is not something that I ever performed.

7. I also never provided links to Stuart Page for any online or database information. I did show Stuart Page the existence of online links that were available to anyone with internet access and who could google the phrase "Farhad Azima". However, I did not generate any online links or create or post the content found in any online links relating to Farhad Azima.

**Further Affiant Sayeth Naught Sworn.**
Dated: June 1, 2022.

_____
AMIT FORLIT

SWORN TO AND SUBSCRIBED before me this 1 day of June 2022, by AMIT FORLIT, ~~who is personally known to me ( )~~ / who has produced a valid identification card for purposes of identification ( ).

Udi Yehuda Weisbaum
Notary Public

_____
(print or type name of notary)


