

**EXHIBIT "4"**

Company Search / GADOT INFORMATION SERVICES

**GADOT INFORMATION SERVICES** ▮▮▮▮4182

CLICK FOR A CHECKID REPORT    CLICK FOR A CHECKID REPORT

Change Alerts                                                    SUBSCRIBE

## General Information

| | |
|---|---|
| Company name | Gadot Information Services |
| Company name | GADOT INFORMATION SERVICES |
| Company number | ▮▮▮4182 |
| Type of organization | Company |
| Type of corporation | Israeli private company |
| Company status | Active |
| Company objectives | Engage in the types of occupation specified in the regulations |
| Date of incorporation | 18-08-2002 |
| Government company | No |
| Restrictions | Unlimited |
| Last annual report (submitted) | 2022 |
| City | Tel Aviv - Jaffa |
| Street name | Haversal |
| House number | 5 |
| Postal Code | 6971009 |
| Country | Israel |
| Located in | Betty |
| Phone | ▮▮▮5530 |
| Fax | ▮▮▮4678 |
| Email | amit@gadot.co |

## Position holders / Company officials

UPDATE    UPDATE

Last Updated 01-06-2020

| Peer Forlit | Order a CheckId personal information report | 99 ILS | 📞 📞 | PERSONAL INFORMATION REPORT<br>PERSONAL INFORMATION REPORT |

The names of the Company officials/Shareholders/Directors in the report as shown on the CheckID and TRENDLINE website have been translated for your convenience from Hebrew into English, using translation software powered by Google Translate. For these translations, reasonable efforts have been made to provide an accurate translation. However, some translations may be flawed or inaccurate. CheckID and TRENDLINE disclaim all warranty of any kind, either expressed or implied, regarding the accuracy, reliability, or correctness of any of these translations made from Hebrew into English. Any discrepancies or differences created in translating this ▮▮▮▮ent from Hebrew into English are not binding and have no legal effect for compliance, enforcement, or any other purpose. If any ▮▮▮▮tions arise related to the accuracy of the information contained in these translations, please contact us

Close  Keyboard Nav  Stop Blinks  Monochrome  Sepia  High Contrast  Black & Yellow  Invert  Highlights Titles

Highlights Link  Tooltip  Tooltip Visible  Readable Font  Increase Font  Decrease Font  Zoom Increase  Zoom Decrease  White Cursor

Black Cursor  Reader View   

Reset  Statement  Report us 

## Products related to the company

### Company extract

# 45 ILS

General Company Information

Shareholder Information

Company Board Information

Lien Information

Official document of the Ministry of Justice

**ORDERING A REGISTRAR OF COMPANIES REPORT**

**ORDERING A REGISTRAR OF COMPANIES REPORT**

### Business Information Report

# 99 ILS

General information about the company

Shareholder Information



Close　Keyboard Nav　Stop Blinks　Monochrome　Sepia　High Contrast Black & Yellow　Invert　Highlights Titles

Highlights Link　Tooltip　Tooltip Visible　Readable Font　Increase Font　Decrease Font　Zoom Increase　Zoom Decrease　White Cursor

Black Cursor　Reader View　This Website Not Available in IPv6　Your ISP Supports IPv6

Reset　Statement　Report us

ORDER A CHECKID REPORT　　　ORDER A CHECKID REPORT

## Locate company owners

# 11 ILS

Business data summary

Related Companies

**LOCATE COMPANY OWNERS**　　　**LOCATE COMPANY OWNERS**

## Certificate of Incorporation

# 79 ILS

Order of a copy of a certificate of incorporation signed by the Corporations Authority

Close    Keyboard Nav   Stop Blinks    Monochrome    Sepia    High Contrast Black & Yellow    Invert    Highlights Titles

Highlights Link    Tooltip    Tooltip Visible  Readable Font  Increase Font  Decrease Font  Zoom Increase  Zoom Decrease  White Cursor

Black Cursor   Reader View   This Website Not Available n IPv6   Your ISP Supports IPv6

Reset    Statement    Report us

## Starting from -

# 468 ILS

Order of a company extract translated into English Signed and approved by a qualified lawyer.

**COMPANY EXTRACT IN ENGLISH**    **COMPANY EXTRACT IN ENGLISH**

## Company file

# 144 ILS

Ordering a company file that includes copies of all company documents submitted to the Corporations Authority

**COMPANY FILE**    **COMPANY FILE**

**Among our customers**

   

The information on the site is obtained from various visible sources of information and consolidates them into an organized report. There may be errors related to the collection or association of the information, including with regard to legal matters. Therefore, all responsibility with the examination of the information stated in the report lies solely upon the person ordering the report, and he exempts CheckID and TRENDLINE from any responsibility regarding the veracity of the data. For corrections and questions, please contact us at bizinfo@bizportal.co.il

All rights reserved to TRENDLINE INFORMATION AND COMMUNICATION SERVICES LTD. © | Usage Policy

Privacy    erms                                                                                                           ESC