דיווח על תקלה x

תאור תקלה:

שם:

דואר אלקטרוני:

שלח!

EXHIBIT "5"

| Home ▼ | PI forums | Contact | עברית |



The Law for Private Investigators

## Contact Us

Name

Choose ▼ | Phone

Email

# The Law for Private Investigators

**Chapter One:  General Instructions**

- Definitions

In this law-

"Private investigator" - One who deals with attaining or collecting information... another person, and who provides this service for everyone with the excep... opinion surveys, or mass publiciy;

"Security services" - Security services for the safety of a person or of prope... and maintaining an alarm system and other security devices.

- Licensing Committee

A) The Legal Minister will appoint a licensing committee according to this law (to be furt...

B) The committee will consist of seven members, including one district court judge who... (of which at least three cannot be government employees, one must be recommended... recommended by the Defense Minister, and one must be recommended by the Minister...

**Chapter Two:  Private Investigators**

- Prohibition of Involvement

A person cannot work as a private investigator unless he possesses the ap... committee and office responsible for private investigations.

- Qualification for Private Investigations

(A)   A person will not be allowed to work as a private investigator unless he or she...

(1)   The person is an Israeli citizen and resident;

## Call us: 03-5446363



**הודעות חדשות מהפורום**

- ...מיסוי מתנות בחו"ל בבעלות ישראלי...
- חשד ...
- ... נתונים על בני משפחה האם יעשה שימוש לרעה
- ......סיפור של אשה נבגדת
- ...מציאת חשבון בנק בשוויץ
- ...מסירת תביעה לנתבע
- ...!נזקים לרכב מצולמים ומתועדים
- ...סחטנים בחסות עורכי הדין
- ...ברור על אחיו של שכן
- ...תוכנת תחקירון זהב

**Search**

› **Last Articles**

- מחירון - איתור כתובת / מסירה משפטית...
- נוכל סדרתי - נוכלים ומעשי עוקץ...



(2)   The person is at least 23 years of age;

(3)   The person has completed 12 years of schooling in a recognized educational institution, or the committee considers the person's education to be of equal value;

(4)   In the six years prior to the request, at least three years (either consecutively or not) of training in private investigation methods –

(A)   At a private investigation agency and under the direct supervision and guidance of a licensed private investigator;

(B)   At a place and under conditions that the committee has recognized and with the acceptance of an appropriate document;

(5)   The person passed the exams regarding the laws of Israel and the laws of professional ethics at a time and level as determined by the Legal Minister;

(6)   The opinion sees no reason to withhold the license, due to public security reasons, or because of the past, character traits, or current behavior of the license seeker.

(C)   In special cases the committee is entitled to forego the conditions of clause 4A (3) or (4).

- Procedures in Granting a License

(A)   The name of the person requested a license according to this law will be published in the manner decided by the minister, and within a determined period during which any person can file an objection to the license, before granting the license to the requester.

(B)   The committee appointed according to this law will provide both the license seeker and the person filing the objection (or his representative) with an opportunity to make claims and submit evidence, and, if found necessary, will enable other people to express their opinions.

(C)   The committee is authorized to collect evidence in order to use the authority vested in it by this law.

- Obligation of Loyalty

    A private investigator will act with complete loyalty to his or her client, and the laws dictating the course of this relationship are as the laws of the relationship between a messenger and his sender.

- Revelation of Findings and Ceasing the Investigation

(A)   A private investigator will submit information that he or she discovered regarding a criminal act to the governmental legal advisor (or a person authorized by the governmental advisor).

(B)   Despite the statement in the aforementioned minor clause (A) a private investigator whose services were requested by the client, and if during his professional service to the client the investigator discovered information of a criminal nature regarding the client then the investigator cannot disclose this information without the client's permission.

(C)   If the governmental legal advisor is convinced that the continuation of a private investigation can interfere with a criminal investigation being conducted by the police, the legal advisor is entitled to demand that the private investigator cease his or her investigation; upon completion of the police investigation - the legal advisor will notify the private investigator and he or she will be entitled to proceed with the investigation.

- Supervision

A private investigator will submit, according to the demands of the governmental legal advisor (or person authorized to do so), any information necessary to execute this law or any regulations included within, including professional methods and means used in attaining and collecting information.

Chapter Three: Private Investigation Agency

- The Existence of an Agency without a License

A person cannot operate a private investigation agency unless he or she holds the appropriate license granted by the committee.

- Fitness to Operate an Agency

A license for operating a private investigation agency will not be given to a person unless he or she meets the following requirements:

(1) He or she is a licensed private investigator;

(2) He or she is at least 28 years of age;

(3) He or she has at least five years of experience as a private investigator.

- Employment in Private Investigations

The owner of a private investigation agency shall not hire a person for an investigation position unless he is a licensed private investigator; he is entitled, however, to hire a trainee who is not yet a licensed private investigator, provided the trainee is supervised and guided by the agency director.

- Employee Supervision

The owner of a private investigation agency will take reasonable measures to supervise the professional behavior of those employed by his or her agency.

Chapter Four: Investigator Corporations

- Corporations of Private Investigators

    (A) A corporation is not entitled to open a private investigation agency or a branch of an agency for private investigations, unless it holds the license to do so granted by the committee.

    (B) A license shall not be granted to a corporation unless it meets the following conditions:

    (1) The corporation is legally registered in Israel and has no limitation on the guarantee of its members;

    (2) All the members and directors are private investigators, unless the committee approved the membership of someone who is not a private investigator in accordance with the rules determined by the committee;

    (3) The goal, as detailed in the corporation memorandum, is to deal in one of the following: private investigations, organizing security services and actions related to these services, and it was determined in the memorandum that clause 6 of membership directive 2 does not apply.

- Prohibition on Participating in Profit

    (A) Whomever is not a member of the corporation of private investigators will not be entitled, according to the company memorandum and its regulations or in any other document defining their rights, to receive a part of the company profits unless he or she is one of the heirs of someone who was a corporation member and passed away while still a member of the corporation and as long as the deceased member's part of the corporation has not already been purchased.

    (B) A member's part in a corporation can be transferred to anyone suitable to be a member of the corporation unless determined otherwise in the corporation's documents.

    (C) If a corporation member has passed away or his/her license has been revoked and his/her part has not been transferred as in the aforementioned clause (B), the corporation members will purchase this part, and the Legal Minister, with the approval of the Knesset Committee for Constitutional, Legislative, and Legal Law, will set regulations regarding the manner and time frame for purchasing the part of a deceased member or one whose license has been revoked.

- Disciplinary Responsibility of Corporation Members

The maker of the corporation of private investigators performed a deed that would be considered a disciplinary violation, and so every member of the corporation violated the disciplinary rule unless he/she can prove one of the following:

(1) The violation was performed without the member's knowledge and his/her about the deed;

(2) The member took all the reasonable measures possible in order to prevent

- Maintaining Responsibility

    The corporation cannot reduce the disciplinary responsibility of its members

- Damage Responsibility

    In accordance with clause 13 of the damages directive [new version] 3, is considered partially responsible for any action or omission on the part investigators.

    Chapter Five:  Organization of Security Services

- Forbiddance of an Organization without a License

    (A)  A person cannot establish an agency for security services or organize security do so issued by the committee.

    (B)  A person shall not act as a security guard for the types of security determined Knesset Committee for Constitutional, Legal, and Court Affairs unless the person issued by the committee.

- Restrictions on Issuing a License

    (A)  A person cannot establish an agency for security services or organize security do so issued by the committee.

    (B)  A person shall not act as a security guard for the types of security determined Knesset Committee for Constitutional, Legal, and Court Affairs unless the person issued by the committee.

- Prohibition on Investigating Security Services

    A person or institution operating security services at an office or factory directly or indirectly, to manage a private investigation dealing with that documents found in that office or factory for the purpose of any investigation

    Chapter Six:  Judging Discipline

- Professional Ethics

    (A) The Legal Minister, after consulting the committee, shall determine rules regarding investigator.

    (B) The Legal Minister, authorized by the Knesset Committee for Constitutional, Legal determine the regulations for employment under which a private investigator as an investigator.

- Disciplinary Committee

    (A)  The Legal Minister shall appoint a judge to be chair of the disciplinary committee shall appoint the rest of the committee members one by one from a list of **pri** who are not private investigators, edited by the Legal Minister.

    (B)  The disciplinary committee will be subject to clauses 8 through 11 of the investigation

- Appointing an Examiner

    The governmental legal advisor is entitled to appoint an examiner to ex of a private investigator; the aforementioned examiner will have the aut of a supervisor according to clause 2 of the criminal procedure directive provided by the aforementioned directive.

- Complaints Regarding a Private Investigator

    Complaints regarding a private investigator should be filed to the discip governmental legal advisor or to the committee; the complainer is entitl in regards to a specific matter - to represent him/her and make the clai

- Disciplinary Punishment

    (A)  A complaint was filed against a private investigator and the disciplinary found opportunity to defend him or herself - that either a law or one of the rules of p was broken, or that the investigator is guilty of behavior unfitting the professio take one of the following actions:

    (1)  To warn the investigator;

    (2)  To reprimand the investigator;

    (3)  To withhold the investigator's license for a period no longer than three years;

    (4)   To revoke the investigator's license and prevent the investigator from receivin time or permanently.

    (B)  In addition to the aforementioned minor clause (A), the disciplinary committee

    (1)   Obligate the private investigator to pay for the costs of the legal proceedings; the investigator took bothersome or irritating means of protection;

    (2)   Obligate the complainant to pay for the costs of the legal proceedings to the s the complainant to pay for the costs of the legal proceedings to the private inv investigator is acquitted and the committee has found the complaint to be filed

- Disciplinary Law and Criminal Law

    (A)  Disciplinary law, according to this law, is not sufficient to delay or cancel discu

    (B)  If a private investigator was accused of acting in manner that necessitates a d according to this law, the disciplinary committee is entitled to cease its procee reached.

- Suspension of a License

    If a complaint against a private investigator was filed with the disciplina to suspend the license of the investigator until the end of the proceedin of the matter and best interest of the public require this; if the proceedi three months of the beginning of the license suspension, the suspensio extended by a courthouse.

    Chapter Seven:  Various Instructions

- The Validity of a License

    The validity of a license, according to this law, is for one year and can unless the committee has found reason not to renew the license.

- Appeal

- (A) The refusal of the committee to grant or renew a license according to this law, disciplinary committee according to this law, can be appealed by the accused the legal procedures for appeal will be determined in the regulations.

- (B) A decision of the disciplinary committee that obligates the complainant to pay (2) can be appealed by the complainant in a court of law.

- Violations

  Anyone violating clauses 3(A), 7, 9, 11, 13, 18(B), 19, or 20 shall be se a fine in the sum of ten thousand lira.

- Transition Instructions

  Whomever worked as a private investigator on January 1, 1972 or dire and still worked in this framework on the day of publication of this law - for requesting a license outlined in clauses 4(A)(2) or 10(2), and the co conditions outlined in clauses 4(A)(3) through (5) and 10(3).

- Execution and Regulations

  The Legal Advisor appointed to execute this law is entitled to instate ne

  (1) Licensing fees;

  (2) Internship routes

  (3) The legal proceedings of the disciplinary committee

  (4) The maximal fee for hiring security services.

- Implementation

  This law will be implemented on July 2, 1972.

|                |                    |           |
|----------------|--------------------|-----------|
| Golda Meir     | Yaacov S. Shapira  | Shni      |
| Prime Minister | Legal Minister     | President |

**private investigation**

**!ליחצו כאן לשיחת חינם והתייעצות דיסקרטית עם חוקר פרטי מנוסה**

משרד המשפטים MYPI | כל הזכויות לתוכן האתר שמורות - יניר לוין | חוקרים פרטיים בישראל

דיווח על תקלה   תנאי שימוש   מפת האתר