UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-20707-MC-MARTINEZ-BECERRA


FARHAD AZIMA,
          Petitioner,
vs.

INSIGHT ANALYSIS AND RESEARCH LLC
AND SDC-GADOT LLC,
          Respondents.
_____/



REPORTER'S CERTIFICATE OF NONAPPEARANCE
AND STATEMENT ON THE RECORD
FOR THE REMOTE DEPOSITION
OF CORPORATE REPRESENTATIVE OF SDC-GADOT LLC




DATE TAKEN:     June 15, 2022


TIME:           2:00 p.m. - 2:22 p.m.
                (Based on Time Zone from Notice)




Reported By:
Gianna Vizzone, CER No. 1417
Notary Public for the State of Florida

Statement on Record of Michael Pasano, Esquire
June 15, 2022

```
 1   APPEARANCES

 2


 3   On behalf of FARHAD AZIMA:
          CARLTON FIELDS P.A.
 4        BY: MICHAEL PASANO, ESQUIRE
          700 North West 1st Avenue, Suite 1200
 5        Miami, Florida 33136
          MPasano@carltonfields.com
 6        APPEARED VIA VIDEO TELECONFERENCE


 7


 8   On behalf of FARHAD AZIMA:
          CARLTON FIELDS P.A.
 9        BY: TED DELCIMA, ESQUIRE
          700 North West 1st Avenue, Suite 1200
10        Miami, Florida 33136
          tdelcima@carltonfields.com
11        APPEARED VIA VIDEO TELECONFERENCE

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Statement on Record of Michael Pasano, Esquire
June 15, 2022

```
1                    CERTIFICATE OF NONAPPEARANCE
           RE: CORPORATE REPRESENTATIVE OF SDC-GADOT LLC
2

3    STATE OF FLORIDA        )
                             )
4    COUNTY OF VOLUSIA       )

5

6         I, Gianna Vizzone, CER No. 1417, do hereby
     certify that pursuant to the Notice of MICHAEL PASANO,
7    ESQUIRE, on behalf of FARHAD AZIMA, I did  appear via
     video teleconference at 2:00 p.m. and was present
8    until 2:30 p.m. on June 15th, 2022 for the purpose of
     placing under oath and reporting the Deposition of
9    CORPORATE REPRESENTATIVE OF SDC-GADOT LLC, that
     MICHAEL PASANO, ESQUIRE, counsel for FARHAD AZIMA, and
10   TED DELCIMA, ESQUIRE; counsel for FARHAD AZIMA, were
     present, that CORPORATE REPRESENTATIVE OF SDC-GADOT
11   LLC did not appear by 2:30 p.m.; that the above
     persons remained present until 2:30 p.m., by which
12   time the aforementioned witness had not appeared for
     the purpose of having their Deposition taken.
13

14        I do further certify that I am a disinterested
     person and am in no way interested in the outcome of
15   this action or connected with or related to any of the
     parties in this action or to their respective counsel.
16

17      Under penalties of perjury, I declare that I have
     read the foregoing certificate and that the facts
18   stated in it are true.

19        DATED this 15th day of June 2022.

20

21

22

23

24   _____
          Gianna Vizzone, CER No. 1417
25        U.S. Legal Support, Inc.
```

Statement on Record of Michael Pasano, Esquire
June 15, 2022

1     Statement on the record regarding the scheduled

2  Deposition of CORPORATE REPRESENTATIVE OF SDC-GADOT

3  LLC taken by Gianna Vizzone, CER No. 1417, pursuant to

4  Notice.

5                      _ _ _ _ _ _ _

6              STATEMENT OF MICHAEL PASANO, ESQUIRE

7

8          BY MR. PASANO, ESQUIRE:  This is Mike Pasano

9          from Carlton Fields along with Ted Delcima in

10         connection with the case of Farhad Azima,

11         A-Z-I-M-A, Applicant vs. Insight Analysis and

12         Research, LLC and SDC-Gadot, G-A-D-O-T, the

13         Respondents.  Case number is 1:22-mc-20707-

14         JEM/BECERRA, B-E-C-E-R-R-A.  I am one of the

15         attorneys for Mr. Azima.

16             We are here pursuant to a court order issued

17         on June 8, 2022, which directed, among other

18         things, that the Respondents provide a corporate

19         representative to appear for deposition today for

20         one of the Respondents of Insight at 10:00 a.m.

21         this morning and for the other Respondent,

22         SDC-Gadot at 2:00 p.m. this afternoon.

23             This morning at the scheduled deposition of

24         Insight, no 30(b)(6) representative appeared.

25         Counsel at that time put on the record at that

Statement on Record of Michael Pasano, Esquire
June 15, 2022

1    deposition the areas of inquiry that would have

2    been pursued had someone appeared and we adopt

3    those same areas of inquiry for purposes of this

4    deposition.  And when we submit matters to the

5    court, we'll submit the transcript of that

6    deposition, which we're adopting here.

7        We also adopt counsel's statements and

8    admonitions in connection with that deposition.

9    Counsel for Applicant, Azima, has reached out to

10   the counsel for these two entities, Insight and

11   Gadot.  And we understand that no Gadot

12   representative intends to appear this afternoon.

13   We've been in the deposition room since 2:00 p.m.

14   No one has appeared.  It is now 2:22 in the

15   afternoon, no one has appeared.  Accordingly, we

16   ask that the court reporter note the

17   nonappearance on the record and we will move

18   ahead as counsel for Applicant to seek with the

19   court appropriate sanctions for the

20   nonappearances.

21       That's my statement, Gianna.  Again, no one

22   is here.  I ask you to certify or release to take

23   down the representation that no one appeared.

24       THE COURT REPORTER:  Okay.

25       MR. PASANO:  And we're done, I think.

Statement on Record of Michael Pasano, Esquire
June 15, 2022

1           (OFF THE RECORD)

2           (ON THE RECORD)

3           MR. PASANO:  So, how quickly can we have

4      this typed up and in our hands?

5           THE COURT REPORTER:  It's completely up to

6      you.  We do any type of turnaround.  Normal

7      turnaround is two weeks for a normal order.

8           MR. PASANO:  Okay.  But yeah, so what's

9      going to happen is we have to go to the court, so

10     if it's possible to have it tomorrow and whatever

11     that price is, that's what we'll take.

12          THE COURT REPORTER:  Okay.  I will do that.

13          (Whereupon, this Statement on the record was

14     concluded at 2:22 p.m.)

15

16

17

18

19

20

21

22

23

24

25

Statement on Record of Michael Pasano, Esquire
June 15, 2022

1                    CERTIFICATE OF REPORTER

2      STATE OF FLORIDA                  )

3      COUNTY OF VOLUSIA                 )

4

5           I, Gianna Vizzone, CER No. 1417, do hereby

6      certify that I was authorized to and did

7      electronically report the foregoing Statement on the

8      record; and that it was reduced to typewriting under

9      my direction; and that the foregoing is a true and

10     accurate electronic recording of the proceedings.

11          I FURTHER CERTIFY that I am not a relative,

12     employee, or attorney, or counsel of any of the

13     parties, nor am I a relative or employee of any of the

14     parties' attorneys or counsel connected with the

15     action, nor am I financially interested in the action.

16          DATED this 15th day of June 2022.

17

18

19     _____
       Gianna Vizzone, CER No. 1417
20

21

22

23

24

25

Statement on Record of Michael Pasano, Esquire
June 15, 2022

1                   CERTIFICATE OF TRANSCRIPTIONIST

2

3

4          I, Sarah Albaladejo, do hereby certify that

5    I transcribed the electronic recording produced by

6    Gianna Vizzone, CER No. 1417 of the Statement on the

7    record; and that the foregoing transcript is a true

8    transcript of said electronic recording.

9        I FURTHER CERTIFY that I am not a relative,

10   employee, attorney, or counsel of any of the parties,

11   nor am I a relative or employee of any of the parties'

12   attorneys or counsel connected with the action, nor am

13   I financially interested in the action.

14

15          DATED this 15th day of June 2022.

16

17

18

19

20                   Sarah Albaladejo

     _____

21                   Sarah Albaladejo

22

23

24

25

Statement on Record of Michael Pasano, Esquire
June 15, 2022

Statement on Record of Michael Pasano, Esquire
June 15, 2022

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2

3            CASE NO.: 22-20707-MC-MARTINEZ-BECERRA

4    In re:  Application Pursuant to
     28 U.S.C. § 1782 of
5
     FARHAD AZIMA,
6
                        Petitioner,
7
     vs.
8
     INSIGHT ANALYSIS AND RESEARCH
9    LLC AND SDC-GADOT LLC

10
                        Respondent.
11

12

13

14   STATEMENT OF  C/R Insight and Research, LLC
     COUNSEL:
15
     DATE TAKEN:      June 15, 2022
16
     TIME:            10:00 A.M. - 10:44 A.M.
17
     PLACE:           Via Video Teleconference
18

19   TAKEN BEFORE:   ABBY G. SCHOFEL, FPR
                     AND NOTARY PUBLIC
20

21

22

23

24

25

Statement of C/R Insight and Research, LLC
June 15, 2022

```
 1    APPEARANCES:

 2              MICHAEL PASANO, ESQUIRE
                TED DELCIMA, ESQUIRE
 3              Carlton Fields
                700 NW 1st Avenue
 4              Suite 1200
                Miami, Florida 33156
 5              MPasano@carltonfields.com

 6              APPEARING ON BEHALF OF THE PETITIONER

 7    And

 8
                KIRBY BEHRE, ESQUIRE
 9              CALVIN LEE, ESQUIRE
                Miller & Chevalier Chartered
10              900 16th Street NW
                Washington
11              DC, 20006
                kbehre@milchev.com
12
                APPEARING ON BEHALF OF THE PETITIONER
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Statement of C/R Insight and Research, LLC
June 15, 2022

1            (Whereupon, the following proceedings were

2       held.)

3            MR. PASANO:  This is Mike Pasano, local

4       counsel on behalf of Farhad Azima, the applicant in

5       this case.  Case No. 122MC2707JEM/BECCERA

6       B-e-c-e-r-r-a.  We are here at Carlton Fields for

7       the deposition scheduled for 10:00 a.m. for an

8       entity called SDC-Gadot G-a-d-o-t.

9            Also present with me in the office is Ted

10      Delcima and remotely present from the DC law firm,

11      who are main counsel, Miller & Chavalier is Kirby

12      Behre and Calvin Lee.  No one has appeared on

13      behalf of SDC-Gadot.  Let me turn this over to

14      Calvin.

15           MR. LEE:  Thank you Mike.  Just to be a little

16      clear on the record first our understanding was

17      this is also a deposition for Insight Analysis and

18      Research, LLC, the entity scheduled for 10 a.m.

19      This is Calvin Lee appearing on behalf of the

20      petitioner, Farhad Azima, from the firm Miller &

21      Chevalier in Washington DC.

22           We are here for the 30 (b)(6) deposition of

23      Insight Analysis and Research, LLC.  This

24      deposition is in connection with a case pending in

25      the high court of Justice of England and Whales

Statement of C/R Insight and Research, LLC
June 15, 2022

1    styled Farhad Azima vs. Ras Al Khaimah Investment
2    Authority, David Neil Gerrard, Dechert, LLP and
3    James Edward Denistone Buchanan.  Claim number
4    HC-2016-002798.  We have been waiting for this
5    deposition to start and it's now past 30 minutes.
6    It appears no one from the company will be
7    attending.  We also spoke with counsel representing
8    the respondent who has informed us that nobody from
9    the respondent company or other respondent
10   companies scheduled for today's depositions will be
11   attending.  On March 8th, 2022 Mr. Azima filed an
12   application in the Southern District of Florida for
13   an order to take discovery pursuant to 28 USC
14   §1782.  Mr. Azima sought documents and 30(b)(6)
15   depositions from Insight and another company
16   SDC-Gadot, LLC, as well as a deposition of Mr. Amit
17   Forlit who controls these companies.
18        On March 10th, 2022 Judge Martinez in the
19   Southern District of Florida granted Mr. Azima's
20   order.  On June 8th, 2022 Judge Martinez ordered
21   the depositions of Insight and Gadot to proceed
22   today, June 15th, 2022 at 10:00 a.m. and 2:00 p.m.
23   respectively with possible sanctions for failure to
24   comply.  On June 14th, 2022 Judge Martinez denied
25   motions by respondents for extension of time and

Statement of C/R Insight and Research, LLC
June 15, 2022

1    for protective order to limit the deposition

2    topics.  To date Insight as well as the other

3    companies have failed to produce any documents in

4    response to the document subpoena.  Had the

5    respondent appeared we would have addressed the

6    following topics for which we now seek adverse

7    inferences for.

8         One, the formation of Insight.

9         Two, the relation of SDC-Gadot, LLC to Insight

10   Analysis and Research, LLC.

11        Three, the relationship of Insight to Gadot

12   Information Services.

13        Four, the identity and roles of all employees,

14   officers, directors, managers or other individuals

15   associated with Insight including but not limited

16   to Amit Forlit and Alon Omri Gurlavie.

17        Five, the entities and roles of any

18   accountants, lawyers and registered agents used by

19   Insight including but not limited to Ari Propis and

20   Shimon Goldberger.

21        Six, the nature of the work performed by

22   Insight who that work was performed for and the

23   individuals and companies used to perform that

24   work.

25        Seven, the nature and extent of the work

Statement of C/R Insight and Research, LLC
June 15, 2022

1      performed for Stuart Page, Page Group, Page Risk

2      Management or any other entities related to Stuart

3      Page.

4           Eight, the account information related to

5      Insight including details of the bank account held

6      by Insight, details regarding the transactions

7      identified in Insight's bank statements and details

8      regarding the use of debit cards held by Insight.

9           Nine, the nature and purpose of all the

10     transactions conducted by Insight including but not

11     limited to transactions conducted with the

12     following entities.  Yesodot; Page Group; ME DMCC,

13     Gadot Information Services; Dinka Analysis

14     Services; Mona Tours Limited; Brian Tulloch; King

15     of Drums, Incorporated; Ezekiel Golan Intellectual;

16     Yeret; SP.Zoo.Olhagary Ltd; Page Risk Management

17     DMCC; JJPI Power and Energy; Amit Forlit; Hayarkon

18     48 Hoatels Ltd; Ariel Trading Limited; BHB Media,

19     LLC; ASAF Adoni; Global Impact Services, LLC; SAS

20     Luxury N Sight; Tekara Cyber Solutions, DOVRA

21     Hashimshoni.

22          Number ten, the nature and extent of all

23     business conducted in Florida by Insight, Amit

24     Forlit or any other individuals associated with

25     Insight including but not limited to all

Statement of C/R Insight and Research, LLC
June 15, 2022

1    transactions with Florida companies, all

2    transactions conducted in Florida and all property

3    owned in Florida.

4         Number 11, all work related to Farhad Azima,

5    including but not limited to work regarding the

6    investigation of Mr. Azima and others affiliated

7    with Mr. Azima, and the hacking of Mr. Azima and

8    others affiliated with Mr. Azima and the obtaining

9    of Mr. Azima's confidential data.

10        Number 12, the litigation between Mr. Azima

11   and Ras Al Khaimah Investment Authority in both the

12   United States and in the United kingdom including

13   but not limited to all meetings related to that

14   litigation in which an individual associated with

15   Insight participated.

16        Number 13, all interactions between anyone

17   affiliated with Insight and anyone affiliated with

18   Ras Al Khaimah, Dechert LLP, Stewarts Law, Vital

19   Management Services Incorporated.  Grayson +

20   Company Limited, Karv Communications, CyberRoot,

21   Majdi Halabi and;

22        Number 14, the prior document and deposition

23   subpoenas served in this proceeding and the failure

24   to comply with those subpoenas.

25        Once again, the topics that we have listed

Statement of C/R Insight and Research, LLC
June 15, 2022

1    here are the ones we would have asked had

2    respondent appeared and these are the topics for

3    which we now seek possible adverse inferences.

4         In addition, had respondents appeared today we

5    would have asked about the following categories of

6    documents they were instructed to produce and under

7    a document subpoena.  These documents include the

8    following categories and topics:

9         No. 1, all documents and communications from

10   February 2015 to present relating to or reflecting

11   any work performed by you Mr. -- which refers to

12   Insight.  Mr. Amit Forlit and/ or Mr. Stuart Page

13   relating directly or indirectly to Mr. Farhad Azima

14   or Azima's Associates including but not limited to

15   sub A; all reports prepared about Mr. Azima and/or

16   Azima's Associates.

17        B, all documents of Mr. Azima or others

18   obtained for the project including all hacked data

19   from Mr. Azima or Azima's Associates whether or not

20   it was included in a report.

21        C, all engagement letters relating to Mr.

22   Azima or the project.

23        D, all invoices for the project including but

24   not limited to invoices sent to Page Group ME,

25   Limited and any other Page Group Entity.

Statement of C/R Insight and Research, LLC
June 15, 2022

1          E, all communications regarding Mr. Azima or

2     Azima's Associates.  And all communications about

3     any website's torrents or WeTransfer links relating

4     to Mr. Azima.

5          Category and topic two:  All documents and

6     communications from January, 2018 to present

7     relating to Mr. Azima's trial and/or attempt to

8     mislead or a conspiracy to mislead the UK court

9     about the discovery of the hacked data including

10    but not limited to sub A; all communications with

11    Mr. Neil Gerrard, Mr. David Hughes, Mr. Jamie

12    Buchanan, Mr. Amit Forlit, Mr. Majdi Halabi, Mr.

13    Stuart Page, Dechert LLC Stewart's Law.

14         B, all documents and communication regarding

15    meetings between or among you and/or any of the

16    conspirators including at the Hotel Moosegg in

17    Switzerland, any hotel in Cypress, or any offices

18    of Dechert, LLP.

19         And C, all travel records reflecting trips to

20    Switzerland, Cypress or England.

21         Under Rule 37 if a party or a party's officer,

22    director or managing agent or a witness designated

23    under Rule 30 (b)(6) or 31(a)(4)fail to obey an

24    order to provide or permit discovery including an

25    order under Rule 26(f) 35, or 37(a) the court where

Statement of C/R Insight and Research, LLC
June 15, 2022

1   the action is pending may issue further just

2   orders.  They may include the following:

3         Sub one, directing that the matter embrace in

4   the order or other designated facts be taken as

5   established for purposes of the action as the

6   prevailing party claims.  Pursuant to this rule we

7   will seek sanctions and adverse inferences.  We

8   reserve the right to explain further in our motion

9   for sanctions the precise content of the topics

10  that I have just discussed and the adverse

11  inferences as well.

12        MR. PASANO:  If I can just add to the record a

13  clarification that Calvin already identified.  The

14  10:00 a.m. deposition that we are doing now is for

15  the entity Insight Analysis and Research LLC.  The

16  2:00 p.m. deposition is for SDC-Gadot, G-a-d-o-t.

17  As a matter of housekeeping, Abby, we will send you

18  or make sure that you have the spelling of all

19  these names because some of them are not obvious.

20  And the only correction is that the Judge who

21  actually entered the order on June 8th and on

22  June 14th is the Honorable Magistrate Becerra

23  acting on the authorization of Judge Martinez and

24  so I -- I make that additional correction.

25        At this point no one has appeared even now as

Statement of C/R Insight and Research, LLC
June 15, 2022

1    we have been talking -- I have by my clock 10:42.

2    I would ask, Abby, that you type this up and

3    certify the non-appearance of the entity.  Hold on.

4         MR. BEHRE:  Calvin wasn't done.

5         MR. PASSANO  I apologize.

6         MR. LEE:  In addition, other topics we would

7    have asked had Mr. Forlit appeared would be whether

8    Mr. Forlit submitted invoices to Mr. Page for

9    hacking services and whether Mr. Forlit controlled

10   Insight in all material respects.

11        As a function of the topics that we outlined

12   above we have incurred the -- we reserve -- as I

13   mentioned before we reserve the right to further

14   explain in our motion for sanctions under Rule 37

15   the precise contents of these adverse inferences

16   for which we seek the court's remedy.

17        We have incurred the expenses associated with

18   preparing for this deposition and ensuring that a

19   court reporter is present.  However it appears that

20   no company representative is attending.

21        In a call with respondent's counsel he, in

22   fact, this morning informed us that no

23   representative is prepared to testify at a 30(b)(6)

24   deposition.  In reliance on this representation we

25   will treat this as a failure to appear also for

Statement of C/R Insight and Research, LLC
June 15, 2022

1          SDC-Gadot and Amit Forlit otherwise scheduled for

2          today.  We leave this deposition open and seek

3          additional relief from the court.

4                (Thereupon, the proceedings were concluded.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Statement of C/R Insight and Research, LLC
June 15, 2022

1                    C E R T I F I C A T E

2

STATE OF FLORIDA
3   COUNTY OF MIAMI-DADE

4          I, Abby Schofel, Court Reporter, do hereby

5   certify that I was authorized to and did report the

6   foregoing proceedings, and that the transcript, pages 1

7   through  12, is a true and correct record of my

8   stenographic notes.

9          I further certify that I am not a relative,

10  employee, attorney or counsel of any of the parties, nor

11  relative or employee of such attorney or counsel, nor

12  financially interested in the foregoing action.

13         Dated this 15th day of June, 2022, Miami-Dade

14  County, Florida.

15

16

17         _____

18              ABBY SCHOFEL, FPR

19

20

21

22

23

24

25

```
 1                    UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA

 3              CASE NO.: 22-20707-MC-MARTINEZ-BECERRA

 4    In re:  Application Pursuant to
      28 U.S.C. § 1782 of
 5
      FARHAD AZIMA,
 6
                       Petitioner,
 7
      vs.
 8
      INSIGHT ANALYSIS AND RESEARCH
 9    LLC AND SDC-GADOT LLC

10                     Respondent.

11
                      CERTIFICATE OF NONAPPEARANCE
12          In Re: C/R Insight Analysis and Research, LLC

13    STATE OF FLORIDA
      COUNTY OF MIAMI DADE
14
         I, Abby G. Schofel, FPR,  do hereby certify that I
15    was present via zoom for a depo in Miami, Florida on
      June 15, 2022 for the purpose of reporting the
16    deposition of the C/R of Insight Analysis and Research,
      LLC was scheduled to begin at 10:00 a.m. and that
17    Michael Pasano Esq., Ted Delcma, Esq., Kirby Behre,
      Esq., and Calvin Lee, Esq., were present and that the
18    C/R of Insight Analysis and Research did not appear by
      10:40 a.m.
19
         Under penalty of perjury, I declare that I have read
20    the foregoing certificate and that the facts state in it
      are true.
21       DATED this 15th day of June, 2022.

22

23       _____
         ABBY G. SCHOFEL
24       U.S. Legal Support, Inc.,
         1 SE 3rd Avenue, Suite 2500
25       Miami, Florida 33131
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  22-20707-MC-MARTINEZ


In re: Application pursuant to
28 U.S.C. 1782 of


FARHAD AZIMA

     Petitioner,

-vs-

INSIGHT ANALYSIS AND RESEARCH
LLC AND SDC-GADOT LLC,

     Respondents.
_____/



SCHEDULED DEPOSITION OF INSIGHT ANALYSIS
AND RESEARCH LLC RULE 30(b)(6)
Pages 1 through 6



Monday, May 2, 2022
10:34 a.m. - 10:37 a.m.
700 NW 1st Avenue
Suite 1200
Miami, Florida 33136



Stenographically Reported By:
Jennifer L. Bermudez, RPR
Registered Professional Reporter

Insight Analysis and Research LLC   30(b)(6)
May 02, 2022

```
 1                      APPEARANCES
                VIA REMOTE VIDEO CONFERENCE
 2

 3  On Behalf of the Petitioner:
        MILLER & CHEVALIER CHARTERED
 4      900 16th Street, NW
        Washington, D.C. 20006
 5      202-626-5800
        iherbert@milchev.com
 6      BY: IAN A. HERBERT, ESQUIRE

 7

 8                    * * * * *

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Insight Analysis and Research LLC   30(b)(6)
May 02, 2022

1        Scheduled deposition taken before Jennifer L.

2   Bermudez, Registered Professional Reporter and Notary

3   Public in and for the State of Florida at Large in the

4   above cause.

5                    * * * * *

6        MR. HERBERT:  I am Ian Herbert, counsel for

7   Farhad Azima, and we are here for the 30(b)(6)

8   deposition of insight Alanysis and Research LLC.  The

9   deposition is in connection with a case pending in the

10  High Court of Justice in England and Wales styled Farhad

11  Azima v. RAKIA, David Neil Gerrard, Dechert LLP, and

12  James Edward Deniston Buchanan.

13       We have been waiting for this deposition to

14  start for about 34 minutes, since 10:00 a.m.  It appears

15  that nobody from the company will be attending.

16       Just to summarize how we got here, on March 8,

17  2022, Mr. Azima filed an application with the Southern

18  District of Florida for an order to take discovery

19  pursuant to 28 U.S.C. Section 1782.  Mr. Azima sought

20  documents and 30(b)(6) depositions from Insight and

21  another company SDC-Gadot LLC as well as the deposition

22  of Amit Forlit who controls those companies.

23       Then on March 10, 2022 Judge Martinez in the

24  Southern District of Florida granted Mr. Azima's order.

25       On March 23, 2022, the subpoena for documents

Insight Analysis and Research LLC   30(b)(6)
May 02, 2022

1  was personally served on Shimon Goldberger, the

2  registered agent for Insight.  Documents were due at the

3  offices of Carlton Fields on April 29, 2022.

4           I spoke with Mr. Goldberger on March 31, 2022,

5  he confirmed that he received the subpoenas and provided

6  them to the appropriate individuals at Insight.  He also

7  agreed to accept service of the deposition subpoenas via

8  email.  Shortly afterwards, the subpoenas for this

9  30(b)(6) deposition of Insight as well as the 30(b)(6)

10  deposition of SDC-Gadot were sent to Mr. Goldberger with

11  the deposition date of today, May 2, 2022.

12  Mr. Goldberger confirmed that he provided the subpoena to

13  the relevant individuals.

14           On Monday, April 25, 2022, one week before this

15  scheduled deposition, I emailed Mr. Goldberger to confirm

16  that someone from the companies would attend.  In

17  multiple emails last week Mr. Goldberger refused to

18  answer whether a company representative would attend the

19  deposition.

20           Last Friday, April 29, 2022, Insight failed to

21  produce any documents in response to the document

22  subpoena and we have continued to go forward with this

23  deposition, we have incurred the expenses associated with

24  preparing for the deposition and ensuring that a court

25  reporter is present.

Insight Analysis and Research LLC   30(b)(6)
May 02, 2022

1              It appears that no company representative will

2    attend at this time, so we will leave the deposition

3    open and seek additional relief from the court.

4              Thank you.

5              THE COURT REPORTER:  Would you like to order

6    the transcript?

7              MR. HERBERT:  Yes, that will be great.

8              (The deposition was concluded at 10:37 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Insight Analysis and Research LLC  30(b)(6)
May 02, 2022

1                    CERTIFICATE OF REPORTER

2

STATE OF FLORIDA
3
COUNTY OF MIAMI-DADE
4

5

         I, Jennifer L. Bermudez, Registered
6
Professional Reporter, certify that I was authorized to
7
and did stenographically report the scheduled deposition
8
of INSIGHT ANALYSIS AND RESEARCH LLC Rule 30(b)(6) and
9
that the transcript is a true record of my stenographic
10
notes.
11

12
         I further certify that I am not a relative,
13
employee, attorney, or counsel of any parties, nor am I
14
a relative or employee of any of the parties' attorneys
15
or counsel connected with the action, nor am I
16
financially interested in the action.
17

18
Dated this 2nd day of May, 2022.
19

20
     _____
21     Jennifer L. Bermudez, RPR
       Registered Professional Reporter
22

23

24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 22-20707-MC-MARTINEZ


In re: Application pursuant to
28 U.S.C. 1782 of

FARHAD AZIMA
    Petitioner,
-vs-
INSIGHT ANALYSIS AND RESEARCH
LLC AND SDC-GADOT LLC,
    Respondents.
_____/


CERTIFICATE OF NONAPPEARANCE
In Re: Deposition of INSIGHT ANALYSIS AND RESEARCH LLC
RULE 30(b)(6)

STATE OF FLORIDA)
COUNTY OF MIAMI-DADE)

    I, Jennifer L. Bermudez, RPR, do hereby certify that I was present at the offices of Carlton Fields, 700 NW 1st Avenue, Suite 1200, Miami, Florida 33136 on May 2, 2022, at 10:00 a.m. for the purpose of reporting the deposition of INSIGHT ANALYSIS AND RESEARCH LLC RULE 30(b)(6), scheduled to begin at 10:00 a.m.; that Ian A. Herbert, Esquire and Raul Torres, videographer were present; and that INSIGHT ANALYSIS AND RESEARCH LLC RULE 30(b)(6) did not appear by 10:30 a.m.

    Under penalties of perjury, I declare that I have read the foregoing certificate and that the facts stated in it are true.

    DATED THIS 2nd day of May, 2022.

_____
Jennifer L. Bermudez, RPR
U.S. Legal Support, Inc.
One Southeast Third Avenue
Suite 1250
Miami, Fl 33131
305-373-8404